FILED

2015 OCT -1 AM 8: 43

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:15-cr-219-Orl-41TBS
    18 U.S.C. § 2422(b)
GEORGE ADRIEN BROOKS    18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about September 5, 2015, to on or about September 10, 2015, in Orange and Seminole Counties, in the Middle District of Florida, and elsewhere,

**GEORGE ADRIEN BROOKS**

the defendant herein, using facilities and means of interstate commerce, that is, the Internet and a computer, did knowingly attempt to persuade, induce and entice a person the defendant believed had not attained the age of 18 years, through an adult intermediary, to engage in sexual activity for which any person can be charged with a criminal offense, that is, Sexual Battery, a violation of Florida Statute Section 794.011.

All in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

2. Upon conviction of the violation alleged in Count One of this Indictment, the defendant, **GEORGE ADRIEN BROOKS**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense, namely, a red Samsung Galaxy 5S, model SM-G860P.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney

By: _____
Katherine M. Ho
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

GEORGE ADRIEN BROOKS

## INDICTMENT

Violation:

18 U.S.C. § 2422(b)

A true bill,

_____
Foreperson

Filed in open court this 30th day

of September, 2015.

_____
Clerk

Bail $ _____

GPO 863 525