## Rivera Miranda, Ilianys (USAFLM)

| | |
|---|---|
| **From:** | Rivera Miranda, Ilianys (USAFLM) |
| **Sent:** | Friday, February 12, 2016 11:53 AM |
| **To:** | Alisha Marie Scott (Alisha_Marie_Scott@fd.org) |
| **Cc:** | Jim_Skuthan@fd.org; 'Conrad_Kahn@fd.org' |
| **Subject:** | Emergency Disclosure of Rule 414 Evidence |

**Importance:** High

Greetings,

This morning I received communication about a relative of BROOKS that sent an email to SA Hyre disclosing that he was sexually assaulted by the defendant when he was about 7 years of age. SA Hyre interviewed the victim (J.G.) this morning. J.G. disclosed that on several occasions he woke up to the defendant performing oral sex on him. The victim's email to SA Hyre is attached to this email along with the resume he provided. J.G. is willing to testify in the case and we intend to offer this evidence during the trial under Rule 414 or, alternatively, Rule 404(b).

I have redacted some information about J.G.'s wife and the names of J.G.'s children as well as the images depicting J.G.'s children. I should be filing a motion in *limine* later today regarding the admissibility of said evidence. Would you oppose my request?



20160212110237...

I recognize this disclosure comes as a surprise to all of us and I would be amenable to agree to a request for continuance of the trial date if you need additional time to address this matter. Please let me know if you have any comments, concerns or questions.

Regards,

*Ilianys Rivera Miranda*
**Assistant United States Attorney**



Middle District of Florida
400 W. Washington Street, Suite 300
Orlando, Florida 32801
Telephone: (407) 648-7500
Fax: (407) 648-7643
ilianys.rivera@usdoj.gov

# Exhibit B

**Confidentiality Notice**
This electronic mail transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney work-product privilege, the information is intended only for the use of the individual or entity to which this electronic mail transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

If you have received this transmission in error, please immediately notify my assistant at the telephone numbers listed above to arrange for the return of this electronic mail transmission and/or the attached documents.

J. 6.

**From:**
**Sent:** Friday, February 12, 2016 8:51 AM
**To:** Hyre, Rodney J. (TP) (FBI)
**Subject:** from: J

Good Day,

J.6.

My name is ████████████ DOB ████ 64 of █████, ● I'm providing
this information and short story to you for a reason 1. To assist you in a
recent case 2. To provide you with further motivation and inspiration that
indeed your pursuit of justice in the proactive protection of the unknown
and unseen potential victims of predators is indeed a mission that must
prevail and continue.
3. To let you know that indeed your dedication, will and determination is
so honorable and appreciated 4. To allow me to put final closure to a case
that never saw justice , prosecution or held anyone accountable

Just about 44 years I was growing up in a world any child would
appreciate. We had a very large family on both sides and I had relatives I
looked up to and trusted As far as one uncle who I adored in his abilities
etc turned on me, Adrian George Brooks original of CT sexually assault me
on more than one occasion. As a child who didn't understand I knew it was
wrong and I did what many would have and reported it to my family Back
then, like many topics of the day which were embarrassing, not really
understood My situation was swept under the carpet

I went on to prevail and continue my life with many hopes dreams and
goals, but living and walking everyday knowing and looking on those days
and those moments I was overcome as a victim and innocent child.

I pursued and conquered my dreams and goals, actually everyone of them and
I'm not finished !!!

I married and we raised four amazing childre



2001 ████████████ age 12 returned home from a Thanksgiving weekend
with relatives. He was the 3rd victim, again another uncle You can just
hopefully imagine what his parents did!!

We followed through on behalf of ████████. It didn't matter it was a
relative or the brother ████████████ Or It mattered that her family wrote
US off and disowned us for 10 tens. Only one thing mattered !!
Justice for ████████ The predator got 4-10yrs in ██ state prison

I want you to know that I'm here, in case you need support in your case,
I'm good and as a proud dad of two girls and two boys that all have
serviced our country in the US Armed Services and continue to protect Our
Nation. Because of your work, I can put closure to being a victim and
having satisfaction That Justice will prevail !!

████████ US ARMY Combat Medic 1-tour Afghan  ████████ USAF –present firefighter AK  ████████ (3rd
████████ and one Bad A. ! 2 tours Afghan Purple Heart IED






████████ the eldest, USAF Sec.Force  with an IQ to big for is own good



The relationship- Adrian married my mother's sister Mary Elisha
Meyer(Brooks), before getting divorced
Adrian's children R⬤ & E⬤ are my cousins- E⬤ lives in ⬤,
though does not to have a relationship with her Father

Most Sincerely & Appreciative

USA

Ps. It's going to be a good day Agent Hyre !! See attached



J. G.

## Qualifications

I have 25+ years of experience working in the field of emergency services. Primarily in Emergency Medical Services, though have twelve years experience as a certified volunteer firefighter

I have fifteen years of experience providing patient care as an EMT-A and Paramedic in central Connecticut

I have twenty years experience as a supervisor and manager

I have seventeen years of experience as a Corporate Facility Manager over seeing all aspects of this position

I have fifteen years experience as an armed Security Officer, along with overseeing all areas of corporate security issues at a management level

I have eight years experience as a standalone armed security guard

Computer Literate-MS-WORD,PUBLISHER-POWER POINT-OUT LOOK-EXCEL

Currently hold a valid CT. CDL driver license with Passenger Endorsement, along with years experience with a Skid Steer pay loader, fork lift, passenger buses. light dump trucks, ambulances, and various size Limousines

## Work History

Hunter's Ambulance Service, Inc.
2001 to Present Corporate Facility & Security Manager fulltime
2011 – Present – Coordinator of the Meriden Paddock & Farnes Ave Block Watch
2007-Present Armed Security for U.S. Security Corp.
2006 – Present Acting President, of the Meriden Lincoln Area Neighborhood Assoc.
2002 to present  Adult advisor to EMS Youth Explorer Post 181- *Volunteer*
1998-2001 Corporate Facility Manager
1991-1999 Active Licensed Paramedic
1987-1991 Emergency Medical Technician—Intermediate
1986-2003 Manager of Ambulance &  Equipment Services
1984-1987 Emergency Medical Technician—Ambulance
Hunter Limousine Ltd
1995-1998 Chauffer
1985-1986 Brook Hollow Health Care Center
Certified Nursing Assistant 1985

## Education

Department of Homeland Security C.E.R.T Instructor, 2007
Department of Homeland Security *Introduction of CERT, 2007*
Rockhurst University C.E. Facility Management 2006
U.S. Department Homeland Security-CDP WMD Response Training - 2004
Keene State College Current Issues & Initiatives in Homeland Security - 2004
Keene State College NCSH 435 WMD Response Awareness Training - 2004
State of CT – Emergency Operations Center/ Incident Command Interface 2003
Homeland Security Specialist-2003
The Basics of Facilities Management -2000
Graduate of the New Haven Sponsor Hospital Paramedic Program 1991
The New England Council for Emergency Medical Services- Triage & Mass Casualty Scene Management 1990 & 1995
AHA Advance Cardiac Life Support – 1990
Pre-Hospital Trauma Life Support – 1990
AHA – Pediatric Advanced Life Support-1990
State Fire School *Firefighter* I  1989
Graduate of CT. Emergency Medical Technician– Intermediate program 1987
Graduate of the University of New Haven EMT-A program 1984
Graduate of M.T. Sheehan High School  Wallingford Connecticut 1984

### Other Education, accomplishments and commendations
Currently Vice President of Concerts With Causes 501c3
Award the BSA District Award of Merit 2010
Earned & Awarded the Wood Badge for in Leadership 2010
Security Certified in OC spray, PR-24 and hand-cuffing 2009
Awarded the National BSA Silver Beaver Award for Volunterism 2008
Awarded the "Spirit of Meriden" for Community Service City of Meriden, CT. 2007
COSTA Reasonable Suspicion Training 2006
Certificate of Achievement from the City of Meriden Dept. of Health and Human Services 2006
International Police Mountain Bike EMS Cyclist course 2005
William H. Spurgeon Award *Highest Leadership award for Explorer Advisors 2004*
City of Meriden Official Citation from Mayor 2004
CT. General Assemble Official Citation Community Service 2004
Meriden Business Learning Center Certificate of Completion for Successful completion of MS Excel 2004
Meriden Elks recipient of the Community Safety Award 2004
Greater Meriden Chamber of Commerce  "Shining Star Award" 2003
National AAA EMS Star of Life Washington D.C. 1999
Vern A. Hunter Award for Excellence1998
Padgett Thompson " The basics of Taking Physical Inventories" 1996
State of Connecticut Office of Emergency Medical Services Gillooly / Lawton award for dedication in EMS. 1995
National Assoc. of Search And Rescue  *Fundementals of SAR* Springfield College, MA. 1994
National Assoc. of Search And Rescue Managing A Search Function Princeton MA. 1994
CT. State Fire School Crash Rescue 1992
Mountain Ventures Vertical Rescue 1992 Rescue II 1992
National Safety Council Emergency Vehicle Operations 1992
Wolcott Fire School Emergency Vehicle Operations 1991
State of CT. Emergency Response Commission SARA Title IIII 1991
Emergency Vehicle Maintenance Conference Orlando FL. 1991
Basic Leadership Exploring –Learning for life 1991
CT. Interlocal Risk Management Agency Emergency Vehicle Operations 1989
National Fire Academy Recognizing & Identifying Hazardous Materials Maryland 1989
Emergency Vehicle Maintenance Conference  Nashville TN 1989
Pryor Resources "How to Handle Difficult People" 1988
GH Publications "Self Assessment: 1988
Fitch & Associates " EMS Supervisory Training" Terrytown, NY. 1988
Padgett Thompson "Managing Difficult Employees" 1988
Paggett Thompson "Time Management" 1987
Emergency Vehicle Maintenance Conference Kansas City MO. 1987
CT. State Fire School *Basic Vehicle Rescue*  1987
Success Builders "Working with the Public" 1987
National Fire Academy Fire Arson Detection & Identification Emittsburg, Maryland 1986
Hunter's Ambulance Employee of the Year 1986