## UNCLASSIFIED

| | U.S. DEPARTMENT OF JUSTICE/FEDERAL BUREAU OF INVESTIGATION |
|---|---|
| FD-1035 (REV 2014-07-22) | # SUBPOENA |

Subpoena number: **181238**   When responding please reference this subpoena number.

**In the matter of case number(s):** 305R-TP-6639990-SBP

| TO: | Craigslist |
| | Subpoena Compliance |
| **ADDRESS:** | 1381 9th Avenue CA |
| | San Francisco, CA 94122 |
| **TELEPHONE:** | 4155666394 |
| **FAX:** | 4155046394 |

### GREETING:

By the service of this subpoena upon you by Denis Ahmetaj, who is authorized to serve it, you are hereby commanded and required to disclose to Denis Ahmetaj, a representative of the FBI, the following information for the period 2013-10-01 to 2015-10-01 or the billing cycle including the requested time period: Customer or subscriber name, address of service, and billing address, Local and long distance telephone connection records (examples include: incoming and outgoing calls, push-to-talk, and SMS/MMS connection records), Telephone or Instrument number (including IMEI, IMSI, UFMI, and ESN) and/or other customer/subscriber number(s) used to identify customer/subscriber, including any temporarily assigned network address (including Internet Protocol addresses), Types of service used (e.g. push-to-talk, text, three-way calling, email services, cloud computing, gaming services, etc.), Means and source of payment (including any credit card or bank account number), Length of service (including start date and end date), Records of session times and duration for Internet connectivity which may be relevant to an authorized law enforcement inquiry, involving the following:
- Continued on Attachment A

Please see the attached page explaining some terms that may be used in this demand. All time values are in the US/Eastern time zone, unless otherwise indicated.

**THE INFORMATION SOUGHT THROUGH THIS SUBPOENA RELATES TO A FEDERAL CRIMINAL INVESTIGATION BEING CONDUCTED BY THE FBI.**

**YOUR COMPANY IS REQUIRED TO FURNISH THIS INFORMATION.**

**YOU ARE REQUESTED NOT TO DISCLOSE THE EXISTENCE OF THIS SUBPOENA INDEFINITELY AS ANY SUCH DISCLOSURE COULD INTERFERE WITH AN ONGOING INVESTIGATION AND ENFORCEMENT OF THE LAW.**

Compliance must be made by personal appearance or production of records no later than the 13th day of February, 2016 at 09:00 o'clock AM, at 5525 W. Gray Street, Tampa, FL 33609

In lieu of a personal appearance, the information can be provided, via email, marked to the attention of Denis Ahmetaj, at the following address: Denis.Ahmetaj@ic.fbi.gov

If you refuse to obey this subpoena, the United States Attorney General may invoke the aid of a United States District Court to compel compliance. Your failure to obey the resulting court order may be punished as contempt.

Issued under authority of Public Law No. 106-544, §5(a)

(18 U.S.C. §3486)

### ORIGINAL

Signature: S/ Justin Crenshaw

Name: Justin Crenshaw

Title: Supervisory Special Agent

Issued this 14th day of January, 2016

## UNCLASSIFIED

# Exhibit C

UNCLASSIFIED

Case Number(s): 305B TP-6639990-SRP                                      Subpoena Number: 181238

Public Law 544 – 106th Congress
2nd Session, H.R. 3048n, AN ACT

(a) Authorization.– (1)(A) In any investigation of -

(i)(I) a Federal health care offense, or; (II) a Federal offense involving the sexual exploitation or abuse of children, the Attorney General; or

(ii) an offense under section 871 or 879, or a threat against a person protected by the United States Secret Service under paragraph (5) or (6) of section 3056, if the Director of the Secret Service determines that the threat constituting the offense or the threat against the person protected is imminent, the Secretary of the Treasury, may issue in writing and cause to be served a subpoena requiring the production and testimony described in subparagraph (B).

(B) Except as provided in subparagraph (C), a subpoena issued under subparagraph (A) may require— (i) the production of any records or other things relevant to the investigation; and (ii) testimony by the custodian of the things required to be produced concerning the production and authenticity of those things.

(C) A subpoena issued under subparagraph (A) with respect to a provider of electronic communication service or remote computing service, in an investigation of a Federal offense involving the sexual exploitation or abuse of children shall not extend beyond— (i) requiring that provider to disclose the information specified in section 2703(c)(2), which may be relevant to an authorized law enforcement inquiry; or (ii) requiring a custodian of the records of that provider to give testimony concerning the production and authentication of such records or information.

(D) As used in this paragraph, the term "Federal offense involving the sexual exploitation or abuse of children" means an offense under section 1201, 1591, 2241(c), 2242, 2243, 2251, 2251A, 2252, 2252A, 2260, 2421, 2422, or 2423, in which the victim is an individual who has not attained the age of 18 years.

(2) A subpoena under this subsection shall describe the objects required to be produced and prescribe a return date within a reasonable period of time within which the objects can be assembled and made available.

(3) The production of records relating to a Federal health care offense shall not be required under this section at any place more than 500 miles distant from the place where the subpoena for the production of such records is served. The production of things in any other case may be required from any place within the United States or subject to the laws or jurisdiction of the United States.

(4) Witnesses subpoenaed under this section shall be paid the same fees and mileage that are paid witnesses in the courts of the United States.

(5) At any time before the return date specified in the summons, the person or entity summoned may, in the United States district court for the district in which that person or entity does business or resides, petition for an order modifying or setting aside the summons, or a prohibition of disclosure ordered by a court under paragraph (6).

(6)(A) A United State district court for the district in which the summons is or will be served, upon application of the United States, may issue an ex parte order that no person or entity disclose to any other person or entity (other than to an attorney in order to obtain legal advice) the existence of such summons for a period of up to 90 days.

(B) Such order may be issued on a showing that the thing being sought may be relevant to the investigation and there is reason to believe that such disclosure may result in—

       (i) endangerment to the life or physical safety of any person;
       (ii) flight to avoid prosecution;
       (iii) destruction of or tampering with evidence; or
       (iv) intimidation of potential witnesses;

(C) An order under this paragraph may be renewed for additional periods of up to 90 days upon a showing that the circumstances described in subparagraph (B) continue to exist.

(7) A summons issued under this section shall not require the production of anything that would be protected from production under the standards applicable to a subpoena duces tecum issued by a court of the United States.

(8) If no case or proceeding arises from the production of records or other things pursuant to this section within a reasonable time after those records or things are produced, the agency to which those records or things were delivered shall, upon written demand made by the person producing those records or things, return them to that person, except where the production required was only of copies rather than originals.

(9) A subpoena issued under paragraph (1)(A)(i)(II) or (1)(A)(ii) may require production as soon as possible, but in no event less than 24 hours after service of the subpoena.

(10) As soon as practicable following the issuance of a subpoena under paragraph (1)(A)(ii), the Secretary of the Treasury shall notify the Attorney General of its issuance.

(b) Service. —A subpoena issued under this section may be served by any person who is at least 18 years of age and is designated in the subpoena to serve it. Service upon a natural person may be made by personal delivery of the subpoena to him. Service may be made upon a domestic or foreign corporation or upon a partnership or other unincorporated association which is subject to suit under a common name, by delivering the subpoena to an officer, to a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process. The affidavit of the person serving the subpoena entered on a true copy thereof by the person serving it shall be proof of service.

(c) Enforcement.—In the case of contumacy by or refusal to obey a subpoena issued to any person, the Attorney General may invoke the aid of any court of the United States within the jurisdiction of which the investigation is carried on or of which the subpoenaed person is an inhabitant, or in which he carries on business or may be found, to compel compliance with the subpoena. The court may issue an order requiring the subpoenaed person to appear before the Attorney General to produce records, if so ordered, or to give testimony concerning the production and authentication of such records. Any failure to obey the order of the court may be punished by the court as a contempt thereof. All process in any such case may be served in any judicial district in which such person may be found.

(d) Immunity From Civil Liability. –Notwithstanding any Federal, State, or local law, any person, including officers, agents, and employees, receiving a subpoena under this section, who complies in good faith with the subpoena and thus produces the materials sought, shall not be liable in any court of any State or the United States to any customer or other person for such production or for nondisclosure of that production to the customer.

(e) Limitation on Use.—(1) Health information about an individual that is disclosed under this section may not be used in, or disclosed to any person for use in, any administrative, civil, or criminal action or investigation directed against the individual who is the subject of the information unless the action or investigation arises out of and is directly related to receipt of health care or payment for health care or action involving a fraudulent claim related to health; or if authorized by an appropriate order of a court of competent jurisdiction, granted after application showing good cause therefor.

(2) In assessing good cause, the court shall weigh the public interest and the need for disclosure against the injury to the patient, to the physician-patient relationship, and to the treatment services.

(3) Upon the granting of such order, the court, in determining the extent to which any disclosure of all or any part of any record is necessary, shall impose appropriate safeguards against unauthorized disclosure.

UNCLASSIFIED

**UNCLASSIFIED**

| ATTACHMENT A | Subpoena number: 181238 |
| --- | --- |

For Craigslist user/ID 5189536886. Please provide any and all ads associated
with this user from Oct 2013 to Oct 2015. * Child Exploitation Matter *

**UNCLASSIFIED**

**UNCLASSIFIED**

| | Subpoena number: 181238 |
|---|---|

| *TERMINOLOGY* |
|---|

IMPORTANT NOTE This part is not a demand but an explanation of some terms used in the subpoena and some suggestions to help with compliance. The actual information demanded by this subpoena is set forth on the front of the subpoena or in Attachment A, if so indicated on the first page. The terms explained here may or may not be part of information demanded.

> If the subpoena makes a demand for "local and long distance connection records, or records of session times and durations" for telephone or cell phone service, that means to include the following records if your company maintains these records---

- Incoming and outgoing local, regional, long distance, international, wholesale, cellular, paging, toll free, and prepaid connection records;
- Credit card calls (including, but not limited to, calls made through major credit card companies); and
- Alternate billed number calls (calls billed to third parties, collect calls, and calling card calls for calls through cards issued by the communications carrier originating from the foregoing telephone number(s) or terminating at the foregoing telephone numbers(s)).

> If the subpoena makes a demand for "length of service," include the start date and the close date if the account closed.

> If the subpoena makes a demand for customer or subscriber address, include both the postal address and physical address, if known.

> If the subpoena makes a demand for "means and source of payment" that means--

- Method of payment to initiate and maintain service; and
- Any available identification numbers for method of payment, including credit card numbers or prepaid calling card numbers.

> We are not directing that you provide, and you should not provide, information pursuant to this subpoena that would disclose the content of any wire communication. That means you should not disclose "any information concerning the substance, purport, or meaning of" a communication, as defined in Title 18 United States Code, Section 2510(8). Subject lines of e-mails are content information and should not be provided in response to this subpoena.

> If the records provided are particularly large we request that you provide this information in electronic format preferably on a CD-ROM.

**UNCLASSIFIED**

# Certification of Business Records

requesting party: Denis Ahmetaj, Federal Bureau of Investigation
requested records: craigslist post 5189536886 et al.
reference(s): subpoena no. 181238, case no. 305B-TP-6639990-SBP

Declaration certifying the authenticity of business records, evidence code section 1561

I, William C. Powell, declare:

I am an employee of craigslist, and am a duly authorized and qualified witness to certify the authenticity of the attached business records for craigslist.

The copies of the attached business records are true copies of records maintained by craigslist.

These records were prepared by craigslist in the ordinary course of business at or near the time of the acts, conditions or events described in the records.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 3, 2016

*William C. Powell*

By: William C. Powell

Director, Law Enforcement and Government Relations
craigslist
email: legal@craigslist.org
fax: 415-504-6394

craigslist posting data guide

posting_id
unique number assigned to each post

poster_email
email address entered by the poster in the "Reply to" address field

user_id
unique identification number assigned to each craigslist user account

poster_ip
IP address captured from the computer used to submit the post at the
time the post was created

auth_user_phone
telephone number used to authenticate craigslist user account; not
applicable for all posts

record_created
date/time the posting record was created

posted_date
date/time the post was published or last renewed

posting_renewal_dates
date/time the post was renewed

record_modified
date/time the last change was made to the post

area_description
craigslist site to which the post was submitted

subarea_description
geographic subarea selected by the poster (this option is available in
a limited number of craigslist sites)

neighborhood
neighborhood selected by the poster (this option is available in a
limited number of craigslist sites)

geographic_area
information entered by the poster ostensibly to provide additional
detail regarding the specific location of the content

category_description
specific category selected by the poster

category_type
general category type (jobs, personals, for sale, housing, etc)

price/age
data entered by poster referencing age (personals ads) or price (for
sale ads)

invoice_item_id
unique number assigned to each item on an invoice (paid ads only)

privacy
preference selected by user for display of reply-to email address;
options include user email address visible, anonymized email address,
or no email address shown

posted_state
current posting status (at time records were retrieved)

xstreet0
data entered by poster in the "Street" field in the posting form for
housing posts

xstreet1
data entered by poster in the "Nearest Cross Street" field in the
posting form for housing posts

city
data entered by poster in the "City" field in the posting form for
housing posts

bedrooms
selection made by poster in the "#BR" field in the posting form for
housing posts

surface_area
data entered by poster in the "SqFt" field in the posting form for
housing posts

posting_title
data entered by poster in the "Posting Title" field in the posting
form

PostingBody
data entered by poster "Posting Description" field in the posting form

(revised April 16, 2015)

```
------- DATABASE ENTRY NUMBER 36 -------------------------------------------------

                posting_id: 4183021325
              poster_email: orlmassage4men@aol.com
                   user_id: 24576527
                 poster_ip: 72.239.76.22
          auth_user_phone: 3213561042
            record_created: Sun Nov 10 2013 08:39:09 AM (Pacific)
               posted_date: Sun Nov 17 2013 08:00:30 AM (Pacific)
     posting_renewal_dates: Sun Nov 17 2013 07:55:30 AM (Pacific)
            record_modified: Thu Jan 02 2014 12:36:05 AM (Pacific)
           area_description: orlando, FL
        subarea_description: n/a
              neighborhood: n/a
            geographic_area: Orlando Area
       category_description: men seeking men
             category_type: personals
                 price/age: n/a
           invoice_item_id: n/a
                   privacy: anonymized email address
              posted_state: Expired

             posting_title: Looking for Real Father/Son

                 PostingBody
                 ===========
```

I would love to find a Father/Son or Uncle/Nephew who play together that
would like to add an uncle/big brother to the mix. This has always been a
fantasy of mine. If interested let me know and can provide pics and info.
 Location: Orlando Area
it's NOT ok to contact this poster with services or other commercial
interests

```
                 Attributes
                 ==========

                   pers_age: 47
```

```
------- DATABASE ENTRY NUMBER 617 -------------------------------------------------

            posting_id: 5143339925
          poster_email: orlmassage4men@aol.com
               user_id: 24576527
             poster_ip: 71.49.6.17
       auth_user_phone: 3213561042
        record_created: Mon Jul 27 2015 11:01:07 AM (Pacific)
           posted_date: Thu Aug 13 2015 10:33:41 AM (Pacific)
posting_renewal_dates: Thu Aug 13 2015 10:28:41 AM (Pacific)
                        Tue Aug 04 2015 08:42:10 AM (Pacific)
                        Fri Jul 31 2015 05:38:58 AM (Pacific)
       record_modified: Mon Sep 28 2015 12:32:32 AM (Pacific)
      area_description: orlando, FL
   subarea_description: n/a
          neighborhood: n/a
        geographic_area: Orlando
  category_description: casual encounters
         category_type: personals
             price/age: 0
        invoice_item_id: n/a
               privacy: anonymized email address
          posted_state: Expired

         posting_title: Family That Plays Together - m4mm

              PostingBody
              ===========
```

I know there are families out there ( father/sons/uncles/nephews/cousins)
that play together. I would like to be part of your family and enjoy the
closeness you enjoy as a family. I could be your long lost uncle. If you
are all 18 or older then get back to me if interested.

```
              Attributes
              ==========

               pers_age: 47
```

617 of 661



------- DATABASE ENTRY NUMBER 618 --------------------------------------------------

```
              posting_id: 5143678025
            poster_email: orlmassage4men@aol.com
                 user_id: 24576527
               poster_ip: 71.49.6.17
         auth_user_phone: 3213561042
          record_created: Mon Jul 27 2015 01:44:39 PM (Pacific)
             posted_date: Sat Aug 22 2015 05:52:20 AM (Pacific)
   posting_renewal_dates: Sat Aug 22 2015 05:47:20 AM (Pacific)
                          Sun Aug 16 2015 07:13:18 AM (Pacific)
                          Thu Aug 06 2015 04:22:39 PM (Pacific)
                          Sat Aug 01 2015 09:22:33 AM (Pacific)
                          Thu Jul 30 2015 05:34:03 AM (Pacific)
         record_modified: Sat Aug 22 2015 06:36:22 AM (Pacific)
        area_description: orlando, FL
     subarea_description: n/a
            neighborhood: n/a
         geographic_area: Orlando
    category_description: casual encounters
           category_type: personals
               price/age: 0
         invoice_item_id: n/a
                 privacy: anonymized email address
            posted_state: flagged off

           posting_title: Family Play - m4m

               PostingBody
               ===========
```

I know there are families out there ( father/sons/uncles/nephews/cousins)
that play together. I would like to be part of your family and enjoy the
closeness you enjoy as a family. I could be your long lost uncle. If you
are all 18 or older then get back to me if interested.

```
------- DATABASE ENTRY NUMBER 651 -------------------------------------------------

              posting_id: 5189536886
            poster_email: orlmassage4men@aol.com
                 user_id: 24576527
               poster_ip: 71.49.0.126
         auth_user_phone: 3213561042
          record_created: Tue Aug 25 2015 06:28:02 AM (Pacific)
             posted_date: Mon Sep 07 2015 06:23:24 AM (Pacific)
   posting_renewal_dates: Mon Sep 07 2015 05:43:54 AM (Pacific)
                          Wed Sep 02 2015 07:34:41 AM (Pacific)
          record_modified: Fri Oct 23 2015 12:32:54 AM (Pacific)
        area_description: orlando, FL
     subarea_description: n/a
            neighborhood: n/a
          geographic_area: Orlando
    category_description: casual encounters
            category_type: personals
               price/age: 0
          invoice_item_id: n/a
                 privacy: anonymized email address
            posted_state: Expired

           posting_title: Family Play Time - m4m

              PostingBody
              ===========
```

I know there are families out there ( father/sons/uncles/nephews/cousins)
that play together. I would like to be part of your family and enjoy the
closeness you enjoy as a family. I could be your long lost uncle. If you
are all 18 or older then get back to me if interested.
This is what I am looking for. Male family members going camping together
and have a hot time.

```
------- DATABASE ENTRY NUMBER 445 --------------------------------------------------

              posting_id: 4931435968
           poster_email: orlmassage4men@aol.com
                user_id: 24576527
              poster_ip: 71.49.6.224
        auth_user_phone: 3213561042
         record_created: Sat Mar 14 2015 05:38:07 AM (Pacific)
            posted_date: Tue Apr 07 2015 05:56:44 AM (Pacific)
  posting_renewal_dates: Tue Apr 07 2015 05:51:44 AM (Pacific)
                         Thu Apr 02 2015 10:20:56 AM (Pacific)
                         Thu Mar 26 2015 05:38:40 AM (Pacific)
                         Sat Mar 21 2015 05:34:34 AM (Pacific)
                         Tue Mar 17 2015 07:09:11 AM (Pacific)
        record_modified: Sat May 23 2015 12:48:10 AM (Pacific)
       area_description: orlando, FL
    subarea_description: n/a
           neighborhood: n/a
        geographic_area: Winter Springs
   category_description: casual encounters
          category_type: personals
              price/age: 0
        invoice_item_id: n/a
                privacy: anonymized email address
           posted_state: Expired

          posting_title: Manscaping Needed - m4m

              PostingBody
              ==========

I am in need of my scrotum being shaved and pubes trimmed. I prefer someone
who has done this before and has the appropriate skills and tools. If you
can host would be even better. Please let me know.
```



```
------- DATABASE ENTRY NUMBER 660 ------------------------------------------------------

            posting_id: 5210679289
          poster_email: orlmassage4men@aol.com
              user_id: 24576527
            poster_ip: 71.49.7.63
       auth_user_phone: 3213561042
        record_created: Mon Sep 07 2015 01:23:39 PM (Pacific)
           posted_date: Mon Sep 07 2015 01:40:39 PM (Pacific)
 posting_renewal_dates: n/a
       record_modified: Fri Oct 23 2015 12:32:55 AM (Pacific)
      area_description: orlando, FL
   subarea_description: n/a
          neighborhood: n/a
       geographic_area: Orlando
  category_description: casual encounters
         category_type: personals
            price/age: 0
       invoice_item_id: n/a
              privacy: anonymized email address
          posted_state: Expired

         posting_title: I am in need of manscaping - m4m

              PostingBody
              ===========
```

I need to get my pubes trimmed way back and my scrotum shaved. Also need
chest and stomach hair trimmed. If you have the tools and skills to do this
please get back to me. Thanks

```
              Attributes
              ==========

              pers_age: 47
```

------- DATABASE ENTRY NUMBER 1 ------------------------------------------------

```
              posting_id: 4072847032
            poster_email: orlmassage4men@aol.com
                 user_id: 24576527
               poster_ip: 72.239.76.22
         auth_user_phone: 3213561042
          record_created: Tue Sep 17 2013 07:04:45 AM (Pacific)
             posted_date: Thu Oct 10 2013 07:52:05 AM (Pacific)
   posting_renewal_dates: Thu Oct 10 2013 07:47:05 AM (Pacific)
                          Wed Sep 25 2013 08:34:54 AM (Pacific)
         record_modified: Mon Nov 25 2013 12:44:18 AM (Pacific)
        area_description: orlando, FL
     subarea_description: n/a
            neighborhood: n/a
         geographic_area: Altamonte Springs
    category_description: men seeking men
           category_type: personals
               price/age: n/a
         invoice_item_id: n/a
                 privacy: anonymized email address
            posted_state: Expired

           posting_title: MUTUAL ORAL

               PostingBody
               ==========
```

Would love to find a buddy for mutual oral on a regular basis. One who can
also host from time to time. If you are uncut also that would be a plus.
 Location: Altamonte Springs
it's NOT ok to contact this poster with services or other commercial
interests

```
               Attributes
               ==========

               pers_age: 47
```

```
------- DATABASE ENTRY NUMBER 487 ---------------------------------------------------

              posting_id: 4990606308
            poster_email: orlmassage4men@aol.com
                 user_id: 24576527
               poster_ip: 71.49.5.144
         auth_user_phone: 3213561042
          record_created: Wed Apr 22 2015 05:41:40 AM (Pacific)
             posted_date: Sun Apr 26 2015 05:28:55 AM (Pacific)
   posting_renewal_dates: Sun Apr 26 2015 05:23:55 AM (Pacific)
         record_modified: Sun Apr 26 2015 05:26:12 AM (Pacific)
        area_description: orlando, FL
     subarea_description: n/a
            neighborhood: n/a
          geographic_area: Orlando
    category_description: casual encounters
           category_type: personals
               price/age: n/a
          invoice_item_id: n/a
                 privacy: anonymized email address
            posted_state: staff deleted

           posting_title: Mutual Oral for Uncut - m4m

                PostingBody
                ===========
```

I enjoy getting oral as well as giving oral. If you can host let me know. I
am open to more except anal. I am clean and ddf.

```
                Attributes
                ==========

                  pers_age: 47
```

```
------- DATABASE ENTRY NUMBER 33 ------------------------------------------------

              posting_id: 4175336277
           poster_email: orlmassage4men@aol.com
                user_id: 24576527
              poster_ip: 72.239.76.22
        auth_user_phone: 3213561042
         record_created: Wed Nov 06 2013 09:59:10 AM (Pacific)
            posted_date: Wed Nov 20 2013 11:10:13 AM (Pacific)
  posting_renewal_dates: Wed Nov 20 2013 11:05:13 AM (Pacific)
                         Sun Nov 10 2013 10:40:46 AM (Pacific)
          record_modified: Wed Nov 20 2013 11:39:27 AM (Pacific)
       area_description: orlando, FL
    subarea_description: n/a
           neighborhood: n/a
         geographic_area: Altamonte Springs
    category_description: men seeking men
          category_type: personals
              price/age: n/a
        invoice_item_id: n/a
                privacy: anonymized email address
           posted_state: flagged off

          posting_title: Any Help With This?

                PostingBody
                ===========
```

Anyone want to suck my uncut cock and I will suck yours. You need to host.
I am very oral and hope you are as well. Prefer 18 to 50.
 Location: Altamonte Springs
it's NOT ok to contact this poster with services or other commercial
interests

```
                Attributes
                ==========

                pers_age: 47
```

```
------- DATABASE ENTRY NUMBER 403 ----------------------------------------------------

                 posting_id: 4868689234
              poster_email: orlmassage4men@aol.com
                   user_id: 24576527
                 poster_ip: 71.49.6.224
          auth_user_phone: 3213561042
            record_created: Thu Jan 29 2015 08:55:47 AM (Pacific)
              posted_date: Thu Jan 29 2015 09:20:47 AM (Pacific)
    posting_renewal_dates: n/a
           record_modified: Mon Mar 16 2015 12:46:33 AM (Pacific)
          area_description: orlando, FL
       subarea_description: n/a
             neighborhood: n/a
           geographic_area: your place
       category_description: casual encounters
             category_type: personals
                 price/age: n/a
           invoice_item_id: n/a
                   privacy: anonymized email address
             posted_state: Expired

              posting_title: Avalon Park - m4m

                  PostingBody
                  ===========
```

I have to go pick up some things from a friend in Avalon Park. Was hoping
there is someone that can host for some mutual oral. I should be in the
area and free to play around 1:30. I have pics for trade

```
                  Attributes
                  ==========

         pers_body_type_is: average
            pers_height_is:   5'10" (177cm)
    pers_relationship_status_is: single
                  pers_age: 46
    pers_freeform_answer_0_is: 7uncut
```

```
------- DATABASE ENTRY NUMBER 411 -------------------------------------------------

                posting_id: 4876861934
              poster_email: orlmassage4men@aol.com
                   user_id: 24576527
                 poster_ip: 71.49.6.224
          auth_user_phone: 3213561042
            record_created: Wed Feb 04 2015 07:09:34 AM (Pacific)
               posted_date: Fri Mar 06 2015 05:42:13 AM (Pacific)
    posting_renewal_dates: Fri Mar 06 2015 05:37:13 AM (Pacific)
                            Mon Mar 02 2015 08:43:29 AM (Pacific)
                            Sat Feb 21 2015 05:49:48 AM (Pacific)
                            Sat Feb 14 2015 06:02:46 AM (Pacific)
                            Mon Feb 09 2015 05:32:35 AM (Pacific)
           record_modified: Tue Apr 21 2015 12:46:39 AM (Pacific)
          area_description: orlando, FL
       subarea_description: n/a
              neighborhood: n/a
            geographic_area: Winter Springs
      category_description: casual encounters
             category_type: personals
                 price/age: n/a
            invoice_item_id: n/a
                   privacy: anonymized email address
              posted_state: Expired

             posting_title: Mutual Oral - m4m

                 PostingBody
                 ===========
```

I love sucking and getting sucked. Also like kissing, nip play and rimming,
getting rimmed if clean. I am uncut and also like uncut but not a deal
breaker. Just be clean and ddf. I can host sometimes and if you can host
even better. Also in to group play. Hope to hear from you.

```
                 Attributes
                 ==========

       pers_body_type_is: average
           pers_height_is:  5'10" (177cm)
  pers_relationship_status_is: single
                 pers_age: 47
```

```
------- DATABASE ENTRY NUMBER 135 ------------------------------------------------

            posting_id: 4455092878
          poster_email: orlmassage4men@aol.com
               user_id: 24576527
             poster_ip: 72.239.85.68
       auth_user_phone: 3213561042
        record_created: Mon May 05 2014 06:37:40 AM (Pacific)
           posted_date: Mon May 26 2014 07:42:51 AM (Pacific)
 posting_renewal_dates: Mon May 26 2014 07:37:51 AM (Pacific)
                        Mon May 19 2014 06:52:50 AM (Pacific)
                        Sun May 11 2014 07:41:47 AM (Pacific)
                        Wed May 07 2014 07:09:36 AM (Pacific)
       record_modified: Fri Jul 11 2014 12:38:33 AM (Pacific)
      area_description: orlando, FL
   subarea_description: n/a
          neighborhood: n/a
        geographic_area: Orlando
  category_description: casual encounters
         category_type: personals
             price/age: 0
       invoice_item_id: n/a
               privacy: anonymized email address
          posted_state: Expired

         posting_title: UNCUT FOR UNCUT - m4m

             PostingBody
             ===========
```

I am uncut and love to play with other uncut cocks. If you are uncut and
can host let me know.

```
------ DATABASE ENTRY NUMBER 190 -------------------------------------------------

            posting_id: 4545905145
          poster_email: orlmassage4men@aol.com
               user_id: 24576527
             poster_ip: 72.239.85.68
       auth_user_phone: 3213561042
        record_created: Mon Jun 30 2014 05:21:51 AM (Pacific)
           posted_date: Thu Jul 17 2014 06:26:19 AM (Pacific)
 posting_renewal_dates: Thu Jul 17 2014 06:21:19 AM (Pacific)
                        Sun Jul 13 2014 07:24:04 AM (Pacific)
                        Mon Jul 07 2014 02:36:20 PM (Pacific)
       record_modified: Tue Aug 12 2014 01:57:45 PM (Pacific)
      area_description: orlando, FL
   subarea_description: n/a
          neighborhood: n/a
       geographic_area: Orlando
  category_description: casual encounters
         category_type: personals
             price/age: 0
       invoice_item_id: n/a
               privacy: anonymized email address
          posted_state: free post self deleted or paid posting deleted by staff

         posting_title: Looking For Other Uncut - m4m

             PostingBody
             ===========
```

I am uncut and looking for other men who are uncut for play. If you can
host that would be perfect. Would be great if we could find 4 or 5 guys who
are uncut to start a group to meet regularly to enjoy mutual foresking
play.

```
------- DATABASE ENTRY NUMBER 356 ------------------------------------------------

            posting_id: 4800841963
          poster_email: orlmassage4men@aol.com
               user_id: 24576527
             poster_ip: 71.49.6.214
       auth_user_phone: 3213561042
        record_created: Thu Dec 11 2014 11:18:50 AM (Pacific)
           posted_date: Wed Dec 31 2014 06:27:02 AM (Pacific)
 posting_renewal_dates: Wed Dec 31 2014 06:22:02 AM (Pacific)
                        Wed Dec 17 2014 05:52:15 AM (Pacific)
                        Sun Dec 14 2014 11:37:58 AM (Pacific)
       record_modified: Sun Feb 15 2015 12:45:43 AM (Pacific)
      area_description: orlando, FL
   subarea_description: n/a
          neighborhood: n/a
       geographic_area: Winter Springs
  category_description: casual encounters
         category_type: personals
             price/age: 0
       invoice_item_id: n/a
               privacy: anonymized email address
          posted_state: Expired

         posting_title: Uncut looking for Uncut - m4m

              PostingBody
              ===========
```

I am uncut and looking for other uncut men to get together with and enjoy
each others foreskin. 1 on 1 or group play is even better. If you can host
that would be great.