UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:15-cr-219-Orl-41TBS

**GEORGE ADRIEN BROOKS**

AUSA: Ilianys Rivera Miranda

Defense Attorney: Alisha Scott and James Skuthan, Federal Public Defender

| JUDGE: | **CARLOS E. MENDOZA** United States District Judge | DATE AND TIME: TOTAL TIME: 35 MINUTES | **February 16, 2016** 9:00 -9:33 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Darleen Darley | REPORTER: | Diane Peede |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |

# CLERK'S MINUTES
## TELEPHONE CONFERENCE

9:00-9:33 a.m.   Court addresses defendant's motion to conduct attorney voir dire – Parties state their position to the Court – Court defers ruling on motion until voir dire.
Court addresses defendant's motion in limine and advises Counsel that it will rule on the motion during trial.
Government advises the Court of its supplemental response and newly disclosed discovery to defendant – Defendant responds.
Court requests defendant file a written response by close of business on Wednesday, February 17, 2016 and sets a hearing on the Government's motion at 9:00 a.m. on Friday, February 19, 2016.