**FILED**
**IN OPEN COURT**
3/4/16
CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,                    Case No. 6:15-cr-219-Orl-41TBS

    Plaintiff,   ☐
    Government ☒                              ☐ Evidentiary
                                               ☒ Trial
v.                                            ☐ Other

GEORGE ADRIEN BROOKS

    Defendant   ☐

## EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1. | MAR 0 2 2016 | MAR 0 2 2016 | FBI SA Rodney Hyre | | September 5, 2015 Craigslist advertisement, Bates No. 0091 |
| 2. | MAR 0 2 2016 | | FBI SA Rodney Hyre | | September 8, 2015, Craigslist advertisement, Bates No. 0092 |
| 3. | MAR 0 2 2016 | MAR 0 2 2016 | FBI SA Rodney Hyre | | Emails between SA Rodney Hyre and the defendant, Bates No. 0093-0174 |
| 4. | MAR 0 2 2016 | MAR 0 2 2016 | FBI SA Rodney Hyre | | Audio Recording |
| 5. | MAR 0 2 2016 | MAR 0 3 2016 | FBI SA Rodney Hyre | | Transcript of audio recording |
| 6. | MAR 0 2 2016 | MAR 0 2 2016 | FBI SA Rodney Hyre | | Text Messages, Bates No. 0198 |
| 7 | MAR 0 3 2016 | MAR 0 3 2016 | FBI TFO Debra Healy FBI SA Kevin Kaufman | | Consent form for the search of the Samsung Galaxy 5S, Bates No. 0175 |
| 8. | MAR 0 3 2016 | MAR 0 3 2016 | FBI SA Rodney Hyre FBI TFO Debra Healy | | Samsung Galaxy 5S |

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

| #   | | | | | |
|-----|---|---|---|---|---|
| 9.  | MAR 0 2 2016 | MAR 0 2 2016 | FBI TFO Debra Healy | | Photo of the Samsung Galaxy 5S, Bates No. 0199 |
| 10. | MAR 0 2 2016 | MAR 0 2 2016 | FBI TFO Debra Healy | | Photo of the Samsung Galaxy 5S, Bates No. 0200 |
| 11. | | | FBI TFO Debra Healy<br>FBI SA Rodney Hyre | | Photo of the defendant, Bates No. 0201 |
| 12. | | | William C. Powell | | Craigslist ads, Bates No. 0181-0189 |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |