

# EXHIBIT LIST

**FILED IN OPEN COURT**
3/4/16
CLERK
U.S. DISTRICT COURT

___ Government   ___ Plaintiff   ✓ Defendant   ___ Court

Case No. 6:15-cr-219-ORL-41TBS
Style: USA v. Brooks

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | MAR 03 2016 | | | | Tel call from Mary to John Gopoian 1/29/16 |
| 2 | MAR 03 2016 | MAR 03 2016 | | | Text message from Elisha Brooks to Gopoian |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.