UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                 Case No: 6:15-cr-219-Orl-41TBS

**GEORGE ADRIEN BROOKS**

_____/

**ORDER**

THIS CAUSE is before the Court following a jury trial which concluded on March 4, 2016 where the jury rendered a verdict of Guilty as to Count One of the Indictment.

It is **ORDERED** and **ADJUDGED** that Defendant George Adrien Brooks is hereby Adjudicated Guilty as to Count One of the Indictment.

**DONE** and **ORDERED** in Orlando, Florida on March 4, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record