UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　　　　CASE NO. 6:15-cr-219-Orl-41TBS
　　　　　　　　　　　　　　　　　　　　18 U.S.C. § 2422(b)

GEORGE ADRIEN BROOKS

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

From on or about September 5, 2015, to on or about September 10, 2015, in Orange and Seminole Counties, in the Middle District of Florida, and elsewhere,

**GEORGE ADRIEN BROOKS**

the defendant herein, using facilities and means of interstate commerce, that is, the Internet and a computer, did knowingly attempt to persuade, induce and entice a person the defendant believed had not attained the age of 18 years, through an adult intermediary, to engage in sexual activity for which any person can be charged with a criminal offense, that is, Sexual Battery, a violation of Florida Statute Section 794.011.

All in violation of Title 18, United States Code, Section 2422(b).