UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                  **Case No: 6:15-cr-219-Orl-41TBS**

**GEORGE ADRIEN BROOKS**
                                                                        /

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court on the United States' Motion for Final Judgment of Forfeiture (Doc. 88) filed on March 10, 2016, pursuant to 18 U.S.C. § 2428 and Federal Rule of Criminal Procedure 32.2(b)(2), for **a Red Samsung Galaxy 5S, model SM-G860P**.

Being fully advised in the premises, the Court finds that the United States established the requisite nexus between the above-referenced cellphone and the Defendant's offense of Enticement of a Minor to Engage in Sexual Activity, in violation of 18 U.S.C. § 2422(b), as charged in Count One of the Indictment (Doc. 9).

It is **ORDERED**, **ADJUDGED**, and **DECREED** that for good cause shown, the United States' Motion is **GRANTED**.

It is **FURTHER ORDERED** that pursuant to the provisions of Rule 32.2(b)(2) and 18 U.S.C. § 2428, the cellphone more fully identified above, is hereby forfeited to the United States for disposition according to law and that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the cellphone and will publish notice on the internet at www.forfeiture.gov.

2. Any person, other than George Adrien Brooks, who has or claims any right, title or

    interest in the above-described cellphone must file a petition with this Court for a hearing to adjudicate the validity of their alleged interest in the cellphone. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within 30 days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited cellphone, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited cellphone, and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the cellphone.

5. Upon adjudication of all third-party interests in the above-described cellphone, this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

    The Court retains jurisdiction to entertain any third-party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the cellphone.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2016.



Copies furnished to:

Counsel of Record