**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                              Case No. 6:15-CR-219-ORL-41TBS

**GEORGE BROOKS,**

    **Defendant.**
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

George Brooks, by and through his undersigned attorney, files this *Unopposed Motion to Continue the Sentencing Hearing* in the above-styled case, seeking a continuance for the sentencing hearing until the week of June 20, 2016. As grounds and in support thereof, the undersigned states the following:

1. On March 4, 2016, Mr. Brooks was found guilty in the above-styled case. Doc. 79.

2. Mr. Brooks is currently scheduled for sentencing on May 26, 2016. Doc. 81.

3. There have been no previous continuances of the sentencing hearing in this case.

4. The statutory maximum penalty for count one is life. Additionally, count one carries a mandatory minimum term of imprisonment of ten (10) years.

5. The pre-sentence report in this case scores Mr. Brooks at a total offense level 43, Criminal History I, for a guideline range of life imprisonment. The Government agrees with this position.

6. The undersigned asserts that the total offense level should be level 38 and needs additional time to identify, gather and present mitigating evidence to the Court and potentially have an evidentiary hearing on the issue of the total offense level in order to continue preparing for the sentencing hearing. Thus, the undersigned is requesting a one month continuance of the sentencing until the week of June 20, 2016.

7. The undersigned has contacted Assistant United States Attorney, Ilianys Rivera Miranda. She does not object to continuing the sentencing hearing in this case.

8. Mr. Brooks is in custody at the Seminole County Jail. He has been advised of this requested continuance for sentencing and does not object to the continuance.

9. The undersigned will not be seeking any additional continuances of the sentencing hearing.

## MEMORANDUM OF LAW

Fed. R. Crim. P. 32(b)(1) provides that the court must impose sentence without delay. Rule 32(b)(2) provides that the court may, for good cause, change any time limits prescribed in the rule. The undersigned is requesting a one month continuance,

until the week of June 20, 2016, to allow time for the undersigned to finish identifying and gathering mitigation evidence, to assert the position that an offense level 38 is the most appropriate level in this case, and to continue preparing for the sentencing hearing. Mr. Brooks is facing a mandatory minimum sentence of ten (10) years and a significant term of imprisonment under the guidelines and the undersigned seeks additional time to complete his investigation in this case.

Wherefore, George Brooks, requests this Honorable Court enter its order continuing the sentencing hearing until the week of June 20, 2016, or any time convenient to this Court.

Respectfully submitted,

Donna L. Elm
Federal Defender

/s/ *James T. Skuthan*
James T. Skuthan
First Assistant Federal Defender
Florida Bar Number 0544124
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone 407-648-6338
Facsimile 407-648-6095
Email: jim_skuthan@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that undersigned electronically filed the foregoing *Unopposed Motion to Continue the Sentencing Hearing* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Ilianys Rivera Miranda, Assistant United States Attorney, this 11th day of May, 2016.

    /s/ *James T. Skuthan*
    James T. Skuthan
    First Assistant Federal Defender