UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No: 6:15-cr-219-Orl-41TBS

**GEORGE ADRIEN BROOKS**
_____/

**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE is before the Court upon the filing of the United States' Motion for Final Judgment of Forfeiture ("Motion," Doc. 105) filed on May 27, 2016, for a **Red Samsung Galaxy 5S, model SM-G860P**.

On March 14, 2016, this Court entered a Preliminary Order of Forfeiture (Doc. 89) pursuant to 18 U.S.C. § 2428, forfeiting to the United States of America the above-referenced cellular telephone.

In accordance with the provisions of 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the cellular telephone on the official governmental website, www.forfeiture.gov, beginning on March 21, 2016, and ending on April 19, 2916. (Doc. 95). The publication gave notice to all third parties with a legal interest in the cellular telephone to file with the Clerk of the Court, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, a petition to adjudicate their interest within 60 days of the first date of publication.

It appears from the record that no other persons or entities filed a petition to adjudicate interest in the cellular telephone to date and that the time for filing such petition has expired. The

interests of George Adrien Brooks in the cellular telephone was forfeited to the United States in the Preliminary Order of Forfeiture (Doc 89).

It is **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. All right, title and interest in the above-describe cellular telephone is hereby condemned, forfeited and vested in the United States of America pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).
2. Clear title to the cellular telephone is now vested in the United States of America.
3. The United States Marshals Service is directed to dispose of the cellular telephone according to law.

**DONE** and **ORDERED** in Orlando, Florida on May 27, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record