**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                            **Case No. 6:15-CR-219-ORL-41TBS**

**GEORGE BROOKS,**

    **Defendant.**
_____/

**JOINT MOTION TO ADVANCE SENTENCING HEARING**

The Defendant, George Brooks, by and through his undersigned attorney, and the Government, by and through its undersigned attorney, file this *Joint Motion to Advance the Sentencing Hearing* in the above-styled case, seeking to advance the sentencing hearing by one day until June 27, 2016. As grounds and in support thereof, the undersigned states the following:

1. On March 4, 2016, Mr. Brooks was found guilty in the above-styled case. Doc. 79.

2. Mr. Brooks is currently scheduled for sentencing on June 28, 2016. Doc. 107.

3. The undersigned parties have a conflict with the sentencing date as currently scheduled.

4. Both parties are available for sentencing on Monday, June 27, 2016, if said date is suitable for this Court.

**MEMORANDUM OF LAW**

Fed. R. Crim. P. 32(b)(1) provides that the court must impose sentence without delay. Rule 32(b)(2) provides that the court may, for good cause, change any time limits prescribed in the rule. Due to a conflict, the parties are requesting that the Court advance the sentencing hearing by one day until June 27, 2016.

Wherefore, George Brooks, and the Government, request that this Honorable Court enter its order advancing the sentencing hearing until June 27, 2016.

Respectfully submitted,

| | |
|---|---|
| A. Lee Bentley, III | Donna Lee Elm |
| United States Attorney | Federal Defender |
| | |
| */s/   Ilianys Rivera Miranda* | */s/   James T. Skuthan* |
| Ilianys Rivera Miranda | James T. Skuthan |
| Assistant United States Attorney | First Assistant Federal Defender |
| USA No. 150 | Florida Bar Number 0544124 |
| 400 W. Washington Street, Suite 3100 | 201 South Orange Avenue, Suite 300 |
| Orlando, Florida 32801 | Orlando, Florida 32801 |
| Telephone: 407-648-7500 | Telephone: 407-648-6338 |
| Facsimile:  407-648-7643 | Facsimile:  407-648-6095 |
| Email: ilianys.rivera@usdoj.gov | Email: jim_skuthan@fd.org |

**CERTIFICATE OF SERVICE**

I hereby certify that undersigned electronically filed the foregoing *Joint Motion to Advance Sentencing Hearing* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Ilianys Rivera Miranda, Assistant United States Attorney, this 7th day of June, 2016.

    /s/ *James T. Skuthan*
James T. Skuthan
First Assistant Federal Defender