**From:** ~~John Gopolan~~ J.G. [mailto:~~johng@hunter~~sam~~o.com~~]
**Sent:** Friday, February 12, 2016 8:51 AM
**To:** Hyre, Rodney J. (TP) (FBI)
**Subject:** from: J~~ohn Meyer Gopolan Meriden, CT 06~~

Good Day,

My name is ~~John Meyer Gopolan~~ J.G. DOB ~~xx-xx~~-64 of ~~Meriden~~, ~~CT~~ I'm providing this information and short story to you for a reason 1. To assist you in a recent case 2. To provide you with further motivation and inspiration that indeed your pursuit of justice in the proactive protection of the unknown and unseen potential victims of predators is indeed a mission that must prevail and continue.
3. To let you know that indeed your dedication, will and determination is so honorable and appreciated 4. To allow me to put final closure to a case that never saw justice, prosecution or held anyone accountable

Just about 44 years I was growing up in a world any child would appreciate. We had a very large family on both sides and I had relatives I looked up to and trusted As far as one uncle who I adored in his abilities etc turned on me, Adrian George Brooks original of CT sexually assault me on more than one occasion. As a child who didn't understand I knew it was wrong and I did what many would have and reported it to my family Back then, like many topics of the day which were embarrassing, not really understood My situation was swept under the carpet

I went on to prevail and continue my life with many hopes dreams and goals, but living and walking everyday knowing and looking on those days and those moments I was overcome as a victim and innocent child.

I pursued and conquered my dreams and goals, actually everyone of them and I'm not finished !!!

I married and we raised four amazing childre~~n~~ 

2001 ~~my youngest son~~ age 12 returned home from a Thanksgiving weekend with relatives. He was the 3rd victim, again another uncle You can just hopefully imagine what his parents did!!

# Exhibit A

We followed through on behalf of ███. It didn't matter it was a relative or the brother ███ Or It mattered that her family wrote US off and disowned us for 10 tens. Only one thing mattered !! Justice for ███ The predator got 4-10yrs in ██ state prison

I want you to know that I'm here, in case you need support in your case, I'm good and as a proud dad of two girls and two boys that all have serviced our country in the US Armed Services and continue to protect Our Nation. Because of your work, I can put closure to being a victim and having satisfaction That Justice will prevail !!

███ US ARMY Combat Medic 1-tour Afghan   ███ - USAF -present firefighter AK   ███ (3rd ███) and one Bad A. ! 2 tours Afghan Purple Heart IED





███ the eldest, USAF Sec.Force  with an IQ to big for is own good



The relationship- Adrian married my mother's sister Mary Elisha Meyer(Brooks), before getting divorced
Adrian's children R▓▓ & E▓▓sh▓▓ are my cousins- E▓▓sh▓ lives in ▓▓▓▓, though does not to have a relationship with her Father

Most Sincerely & Appreciative

 USA

Ps. It's going to be a good day Agent Hyre !! See attached



J.G.

## Qualifications

I have 25+ years of experience working in the field of emergency services. Primarily in Emergency Medical Services, though have twelve years experience as a certified volunteer firefighter
I have fifteen years of experience providing patient care as an EMT-A and Paramedic in central Connecticut
I have twenty years experience as a supervisor and manager
I have seventeen years of experience as a Corporate Facility Manager over seeing all aspects of this position
I have fifteen years experience as an armed Security Officer, along with overseeing all areas of corporate security issues at a management level
I have eight years experience as a standalone armed security guard
Computer Literate-MS-WORD,PUBLISHER-POWER POINT-OUT LOOK-EXCEL
Currently hold a valid CT. CDL driver license with Passenger Endorsement, along with years experience with a Skid Steer pay loader, fork lift, passenger buses. light dump trucks, ambulances, and various size Limousines

## Work History

Hunter's Ambulance Service, Inc.
2001 to Present Corporate Facility & Security Manager fulltime
2011 – Present – Coordinator of the Meriden Paddock & Farnes Ave Block Watch
2007-Present Armed Security for U.S. Security Corp.
2006 – Present Acting President, of the Meriden Lincoln Area Neighborhood Assoc.
2002 to present  Adult advisor to EMS Youth Explorer Post 181- *Volunteer*
1998-2001 Corporate Facility Manager
1991-1999 Active Licensed Paramedic
1987-1991 Emergency Medical Technician—Intermediate
1986-2003 Manager of Ambulance &  Equipment Services
1984-1987 Emergency Medical Technician—Ambulance
Hunter Limousine Ltd
1995-1998 Chauffer
1985-1986 Brook Hollow Health Care Center
Certified Nursing Assistant 1985

## Education

Department of Homeland Security C.E.R.T Instructor, 2007
Department of Homeland Security *Introduction of CERT, 2007*
Rockhurst University C.E. Facility Management 2006
U.S. Department Homeland Security-CDP WMD Response Training - 2004
Keene State College Current Issues & Initiatives in Homeland Security - 2004
Keene State College NCSH 435 WMD Response Awareness Training - 2004
State of CT – Emergency Operations Center/ Incident Command Interface 2003
Homeland Security Specialist-2003
The Basics of Facilities Management -2000
Graduate of the New Haven Sponsor Hospital Paramedic Program 1991
The New England Council for Emergency Medical Services- Triage & Mass Casualty Scene Management 1990 & 1995
AHA Advance Cardiac Life Support – 1990
Pre-Hospital Trauma Life Support – 1990
AHA – Pediatric Advanced Life Support-1990
State Fire School *Firefighter* I   1989
Graduate of CT. Emergency Medical Technician– Intermediate program 1987
Graduate of the University of New Haven EMT-A program 1984
Graduate of M.T. Sheehan High School  Wallingford Connecticut 1984

### Other Education, accomplishments and commendations

Currently Vice President of Concerts With Causes 501c3
Award the BSA District Award of Merit 2010
Earned & Awarded the Wood Badge for in Leadership 2010
Security Certified in OC spray, PR-24 and hand-cuffing 2009
Awarded the National BSA Silver Beaver Award for Volunterism 2008
Awarded the "Spirit of Meriden" for Community Service City of Meriden, CT. 2007
COSTA Reasonable Suspicion Training 2006
Certificate of Achievement from the City of Meriden Dept. of Health and Human Services 2006
International Police Mountain Bike EMS Cyclist course 2005
William H. Spurgeon Award *Highest Leadership award for Explorer Advisors 2004*
City of Meriden Official Citation from Mayor 2004
CT. General Assemble Official Citation Community Service 2004
Meriden Business Learning Center Certificate of Completion for Successful completion of MS Excel 2004
Meriden Elks recipient of the Community Safety Award 2004
Greater Meriden Chamber of Commerce "Shining Star Award" 2003
National AAA EMS Star of Life Washington D.C. 1999
Vern A. Hunter Award for Excellence 1998
Padgett Thompson " The basics of Taking Physical Inventories" 1996
State of Connecticut Office of Emergency Medical Services Gillooly / Lawton award for dedication in EMS. 1995
National Assoc. of Search And Rescue *Fundementals of SAR* Springfield College, MA. 1994
National Assoc. of Search And Rescue Managing A Search Function Princeton MA. 1994
CT. State Fire School Crash Rescue 1992
Mountain Ventures Vertical Rescue 1992 Rescue II 1992
National Safety Council Emergency Vehicle Operations 1992
Wolcott Fire School Emergency Vehicle Operations 1991
State of CT. Emergency Response Commission SARA Title IIII 1991
Emergency Vehicle Maintenance Conference Orlando FL. 1991
Basic Leadership Exploring –Learning for life 1991
CT. Interlocal Risk Management Agency Emergency Vehicle Operations 1989
National Fire Academy Recognizing & Identifying Hazardous Materials Maryland 1989
Emergency Vehicle Maintenance Conference Nashville TN 1989
Pryor Resources "How to Handle Difficult People" 1988
GH Publications "Self Assessment: 1988
Fitch & Associates " EMS Supervisory Training" Terrytown, NY. 1988
Padgett Thompson "Managing Difficult Employees" 1988
Paggett Thompson "Time Management" 1987
Emergency Vehicle Maintenance Conference Kansas City MO. 1987
CT. State Fire School *Basic Vehicle Rescue* 1987
Success Builders "Working with the Public" 1987
National Fire Academy Fire Arson Detection & Identification Emittsburg, Maryland 1986
Hunter's Ambulance Employee of the Year 1986