Christopher D. Clark
401 Maryland Avenue
Apt A
Cambridge, MD  21613

June 3, 2016

Honorable Judge Carlos E. Mendoza
United States District Judge
401 West Central Boulevard
Orlando, FL  32801-0675


Dear Judge Mendoza,

My name is Christopher Clark.  I am writing to you on behalf of George Adrien Brooks who will appear before you for sentencing June 23, 1016.  I know this gentleman as Adrien Brooks.

I have known Adrien since 1997.  During much of this time we shared a home.  I was looking for a place to stay after my former roommate made other living arrangements.  I lived with Adrien until 2007 when I moved to Maryland to be closer to family.   I have remained friends with Adrien since then.  I was educated in a parochial grade and high school and graduated with honors including the Spanish Honor Society when I Achieved a 4.0 average in this language.  I found employment while in school and have been employed in the hospitality industry since.  Later on at the age of 30, I attended a Culinary College and received an Associate degree in Culinary preparation.  I later became a certified chef with the American Culinary Federation.

Much of my career has been in hotels.  The bulk of my employment has been with Hyatt Hotels Corporation where I am again employed.  I have 19 years seniority with this company.  I also worked for The Peabody Hotel in Orlando and Loews Hotels at Universal Studios.  I have not worked in a job that did not span less than five years.  My job now is of an Executive Steward. This job entails handling several food and beverage outlets and sanitation for the entire 400 room resort.  A great amount of time is taken for my work which also involves a lot of community service through our company.  We are the major employer in this rural eastern shore town.  Our involvement in the community besides providing many jobs for the local population,  including  maintaining the public areas of the city, charity events for local food banks and pet shelters  and coaching and mentoring local students with special needs.  On my staff, I have 4 special needs associates whom we have hired after they participated in vocational education within their schools.  I was raised Catholic and attend church when I can. I support many charities including The American cancer society, the local humane society and local food banks.

The reason for my letter to you is to explain the type of person I know to be George Adrien Brooks.  During the period that I lived with him, he hosted his college aged son for more than a year.  Their relationship was very amicable.  I also witnessed his relationship with his daughter who was beginning college in Miami. He went out of his way to travel there with her to get her setup at the University.  He also visited her several times during that period.  I saw that Adrien would spare no expense to provide for his children although they were old enough to provide for themselves.  I never witnessed any friction or ill feelings between the three of them.  Furthermore, I never witnessed a phone call between any of them when he did not tell them that he loved them.

Also, during the time we shared a home, Adrien brought his elderly mother to live with us. Adrien, myself and another roommate took care of her on a daily basis. We collectively cared for her, preparing meals, taking her shopping and even making clothes for her until she passed away at the age of 94. We were by her bedside when she died.

While I lived in Florida, I lost my sister to pancreatic cancer, my father to blood cancer and my nephew who was shot and killed. Adrien flew to Baltimore with me for all three of these funerals and was there to support me during these difficult times. After this, I returned to the Baltimore area to assist with the care of my own elderly mother. Adrien traveled with me and assisted with my move to Maryland.

During this time Adrien's only sibling and twin sister Jocelyn, was diagnosed with Multiple Sclerosis. In order to be closer to his sister who was in Virginia Beach, he joined me in Maryland . He took a part time job and visited his sister at least every other weekend. He encouraged her to take treatments, exercise and gave her emotional support. I was with Adrien when his sister passed away. He was very emotionally distraught. It took some time before he was back to his normal self.

Adrien was also involved in charity work. Many years ago he volunteered for *Special Olympics*. Also, most recently he was involved with a group in Orlando who sought out homeless veterans. This volunteer work assisted these veterans with finding shelter and guidance. I believe the charity is *The Central Florida Commission on Homelessness.*

Adrien returned to Florida after his sister's death. Since that time we have vacationed together with his son and his family in Cape Cod. Adrien has also traveled back to Maryland to assist me with another move and to care for me during the three surgeries that I had in 2012.

Your honor, I am aware that Adrien has committed a serious crime. I, in no way, condone his actions. However, during my relationship with him, I have never known him to commit any crime like this or any crimes at all. Adrien is now 73 years old. I know that his sentencing mandates prison time. I plead that you will be merciful in your sentencing as a lengthy sentence may mean that Adrien will die in prison.

Before his arrest, Adrien called me weekly. I miss speaking with him and remain supportive. My hope is that he will be given a prison sentence that allows him to spend the last years of his life outside of prison.

Respectfully,

*Chris Clark*

Christopher D. Clark