Honorable Carlos E. Mendoza  June 6, 2016
United States District Judge
401 West Central Boulevard
Orlando, Florida 32801-0675


Dear Judge Mendoza,

My name is Risé Rapier Wheeler and I am writing on behalf of George Adrien Brooks who will appear before you for sentencing June 23rd, 2016. I worked with Darden Restaurants for twenty years and retired as a General Manager of an Olive Garden in Mankato, MN. My position started as a server and during the time spent with the company worked my way to the position of General Manager. During this time I worked with everyone from utility teammates to upper management. I am now retired and live in Orlando, Florida- to be close to my daughter.

Adrien and I became friends the first time I lived in Orlando which was in 2000. I met his mother when she was living with him and I know that Adrien was a caring son. He always made sure she was comfortable and had everything she needed. We found that we both liked the entertainment and amusement parks and we enjoyed spending the day together and having lunch. Sometimes we would go on Sundays but not until Adrien had gone to Church, as his Church commitment was strong. We both moved away and didn't see each other for about 7 years but when we reconnected we immediately started doing things together again.

There was never a time in the ten years that we spent time together, whether in public or in private settings, that Adrien ever displayed any abnormal interest in talking with or looking at children. I was so taken aback with this incident because it is so out of character for my friend, Adrien Brooks. I have always known Adrien to be a good father, spending time with his children and grandchildren. One of his granddaughters was having tonsil surgery and he came over to my house where we made Popsicles out of paper that he sent to her. He also sent her some money to buy the real Popsicles. She could give the paper Popsicles to her mom or dad and they would give her a "real" Popsicle. This "Popsicle" idea was Adrien's way of showing his granddaughter he was thinking of her and trying to make her feel better after her surgery. I also recall an occasion when we went to a Disney park with his son, daughter-in-law and two grandchildren and everyone had a wonderful time.

I am sad that he has been convicted of such a crime and wish I could change it but I cannot - as we are all accountable for our actions. I would ask that you take into account my recollections and the fact that for the majority of his 73 years, Adrien was a good friend, good father and good citizen. Adrien made some serious mistakes and committed a very serious offense. That said, I cannot see him ever doing anything like this again. I consider Adrien a friend and remain supportive of him.

Respectfully yours,

*Rise' Rapier Wheeler*

Rise' Rapier Wheeler