Honorable Judge Carlos E. Mendoza
United States District Judge
401 West Central Boulevard
Orlando, Florida 32801-0675

June 6, 2016

Dear Judge Mendoza,

My name is Mike Goodenow. I am writing on behalf of George Adrien Brooks who will appear before you for sentencing June 23, 2016.

I have been Adrien's roommate for approximately 2 years prior to his incarceration. I am Director of Music at Maitland Presbyterian Church and have been employed there for almost 10 years. I hold a Master's Degree in Music. I oversee the entire music program and direct choirs as well as play organ and piano. My main work is with volunteers. I have been doing this all my life and I am ready to retire this coming year.

I have always known Adrien to be a good, reliable friend - to me and to all his friends and acquaintances. He was responsible financially with his share of the monthly expenses and was never late with the rent. He did his share of the household chores and often cooked for both of us. We shared friend activities about shopping, going out to eat and enjoying events. He attended many of my concerts.

Adrien was active at St. Stephen's Roman Catholic Community near our home. He attended Mass almost every week without fail. I knew him to be a loving father to his children and grandchildren although they are not local and live considerable distances away (Miami and Massachusetts).

I was quite surprised to learn about the reason for his incarceration. I do not condone any of his actions and I understand that he will need to be punished for it. I am hoping that you may take into consideration his advanced age and the fact that I respect his generally good character as I have known him and lived with him. I will support his return to society in any way I can. I hope that your leniency will allow that sooner rather than later.

Respectfully,

*Mike Goodenow*

Mike Goodenow
838 Huckleberry Lane
Winter Springs, FL 32708