# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

---

**UNITED STATES OF AMERICA**

v.                                                 Case No: 6:15-cr-219-Orl-41TBS

**GEORGE ADRIEN BROOKS**

**USM Number: 63200-018**

| | | | |
|---|---|---|---|
| **JUDGE:** | Carlos E. Mendoza | **COUNSEL FOR GOVERNMENT** | Ilianys Rivera Miranda |
| **DEPUTY CLERK:** | Darleen Darley | **COUNSEL FOR DEFENDANT:** | JAMES T. SKUTHAN AND ALISHA MARIE SCOTT |
| **COURT REPORTER** | Diane Peede | **PRETRIAL/PROBATION** | Angela Harris Butler |
| **DATE/TIME** | June 27, 2016 9:30-10:00; 10:11-11:24; and 11:36-12:30 p.m. | **Interpreter** | |
| **TOTAL TIME** | 2 hours 40 minutes | | |

## MINUTES ON SENTENCING

**WITNESSES:**      Rodney James Hyre, John Gopoian and Mary Meyer Brooks

**SENTENCE IMPOSED as to** Count One of the Indictment.

**IMPRISONMENT**:

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 216 Months.

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FMC, Butner, North Carolina for medical and psychological treatment.

       The defendant is remanded to the custody of the United States Marshal.

**SUPERVISED RELEASE**:

Upon release from imprisonment, the defendant shall be on supervised release for a term of 9 years.

*Special conditions of supervised release:*

Mandatory drug testing requirements are waived.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

Defendant shall cooperate in the collection of DNA.

Sex offender conditions:
Defendant shall participate in a mental health treatment program specialized for sex offenders.
Defendant shall have no contact with minor children
Media and computer restrictions imposed.
Defendant shall register with all sex offender registries as required by law.
Search conditions imposed.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FINE:** Waived

**FORFEITURE** of those assets identified in the Final Judgment of Forfeiture.

Defendant advised of right to appeal.