



# DEFENDANT'S EXHIBIT LIST

D.Ct.No: 6:15-cr-219-Orl-41TBS

*United States v. George Brooks*

\_\_\_\_\_ Government  \_\_\_\_\_ Plaintiff  __X__ Defendant
\_\_\_\_\_ Joint  \_\_\_\_\_ Court

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 6/27/16 | 6/27/16 | | FBI Interview Memo of Roger Brooks |
| 2 | 6/27/16 | 6/27/16 | | Hyre-Brooks Phone Transcript |
| 3 | 6/27/16 | 6/27/16 | | FBI Interview Memo of George Brooks |
| 4 | 6/27/16 | 6/27/16 | | FBI Rough Notes of Interview with George Brooks |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |