# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff/Appellee,**

**v.**                                     Case No. 6:15-CR-219-ORL-41TBS

**GEORGE ADRIEN BROOKS,**

    **Defendant/Appellant.**

_____/

## NOTICE OF APPEAL

Notice is hereby given that Defendant/Appellant, George Adrien Brooks, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's judgment and sentence filed in this matter on June 30, 2016. Doc 118.

Respectfully submitted this 13th day of July, 2016.

                                                       Donna L. Elm
                                                       Federal Defender

                                                       /s/ *James T. Skuthan*
                                                       James T. Skuthan
                                                       First Assistant Federal Defender
                                                       Florida Bar Number 0544124
                                                       201 South Orange Avenue, Suite 300
                                                       Orlando, Florida 32801
                                                       Telephone: 407-648-6338
                                                       Facsimile: 407-648-6095
                                                       Email: jim_skuthan@fd.org
                                                       Counsel for George A. Brooks

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Ilianys Rivera Miranda, Assistant U.S. Attorney, this the 13th day of July, 2016.

                                                          s/ *James T. Skuthan*___
                                                          Attorney for Defendant