# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801

Sheryl L. Loesch
Clerk                                                                    Orlando Division Manager

**DATE:** July 14, 2016

**TO:**     Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

## UNITED STATES OF AMERICA

## VS.                                          CASE NO: 6:15-cr-219-Orl-41TBS

## GEORGE ADRIEN BROOKS

---

**U.S.C.A. Case No.:**          ***USCA Case Number TE***

- Honorable Carlos E. Mendoza, United States District Judge appealed from.

- Appeal filing fee was not paid. Upon filing a notice of appeal, the appellant must pay the district clerk all required fees. The district clerk receives the appellate docket fee on behalf of the court of appeals.  If you are filing informa pauperis, a request for leave to appeal in forma pauperis needs to be filed with the district court.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

SHERYL L. LOESCH, CLERK

By:     s/J.Vickers, Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

   **Plaintiff/Appellee,**

v.                                             **Case No. 6:15-CR-219-ORL-41TBS**

**GEORGE ADRIEN BROOKS,**

   **Defendant/Appellant.**

_____/

## NOTICE OF APPEAL

   Notice is hereby given that Defendant/Appellant, George Adrien Brooks, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the District Court's judgment and sentence filed in this matter on June 30, 2016. Doc 118.

   Respectfully submitted this 13th day of July, 2016.

Donna L. Elm
Federal Defender

/s/ *James T. Skuthan*
James T. Skuthan
First Assistant Federal Defender
Florida Bar Number 0544124
201 South Orange Avenue, Suite 300
Orlando, Florida 32801
Telephone: 407-648-6338
Facsimile: 407-648-6095
Email: jim_skuthan@fd.org
Counsel for George A. Brooks

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to Ilianys Rivera Miranda, Assistant U.S. Attorney, this the 13th day of July, 2016.

s/ *James T. Skuthan*___
Attorney for Defendant

APPEAL, CLOSED, SL DOC

# U.S. District Court
## Middle District of Florida (Orlando)
## CRIMINAL DOCKET FOR CASE #: 6:15-cr-00219-CEM-TBS-1

Case title: USA v. Brooks

Magistrate judge case number: 6:15-mj-01493-DAB

Date Filed: 10/01/2015

Date Terminated: 06/27/2016

Assigned to: Judge Carlos E. Mendoza

Referred to: Magistrate Judge Thomas B. Smith

**Defendant (1)**

**George Adrien Brooks**
*TERMINATED: 06/27/2016*

represented by **James T. Skuthan**
Federal Public Defender's Office
Suite 300
201 S Orange Ave
Orlando, FL 32801
407/648-6338
Fax: 407/648-6095
Email: Jim_Skuthan@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Stephen J. Langs**
Federal Public Defender's Office
Suite 300
201 S Orange Ave
Orlando, FL 32801
407/648-6338 Ext 133
Fax: 407/648-6095
Email: Stephen_Langs@fd.org
*TERMINATED: 09/14/2015*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Alisha Marie Scott**
Federal Public Defender's Office
Suite 300

201 S Orange Ave
Orlando, FL 32801
407/648-6338
Fax: 407/648-6095
Email: alisha_marie_scott@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Conrad Kahn**
Federal Public Defender's Office
Ste 300
201 S Orange Ave
Orlando, FL 32801-3417
407/648-6338
Email: Conrad_Kahn@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| | Imprisonment: 216 months; Court recommends deft. be incarcerated at FMC, Butner, NC; Deft. is remanded to the custody of the U.S. Marshal. Supervised release: 9 years; Mandatory drug testing requirements are waived; Special conditions of supervised release: Deft. shall be prohibited from incurring new credit charges, opening additional lines of credit; Deft. shall cooperate in the collection of DNA. Sex offender conditions: Deft. shall participate in a mental health treatment program specialized for sex offenders; Deft. shall have no contact with minor children; Media and computer restrictions imposed; Deft. shall register with all sex offender registries as required by law; Search conditions imposed. Special assessment: $100.00. Forfeiture pursuant to the Final Judgment of Forfeiture |
| 18:2422.F COERCION OR ENTICEMENT OF MINOR (knowingly attempt to persuade, induce and entice a minor to engage in illicit sexual contact) (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2422.F COERCION OR ENTICEMENT OF MINOR | |

---

**Plaintiff**

| **USA** | represented by | **Anita M. Cream** |
|---|---|---|
| | | US Attorney's Office - FLM |
| | | Suite 3200 |
| | | 400 N Tampa St |
| | | Tampa, FL 33602 |
| | | 813/274-6000 |
| | | Fax: 813/274-6220 |
| | | Email: anita.cream@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Ilianys Rivera Miranda** |
| | | US Attorney's Office - FLM |
| | | Suite 3100 |
| | | 400 W Washington St |
| | | Orlando, FL 32801 |
| | | 407/648-7591 |
| | | Fax: 407/648-7643 |
| | | Email: ilianys.rivera@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2015 | 1 | COMPLAINT as to George Brooks (1). (HSL) [6:15-mj-01493-DAB] (Entered: 09/10/2015) |
| 09/10/2015 | | Arrest of George Brooks on 9/10/15 on probable cause (HSL) [6:15-mj-01493-DAB] (Entered: 09/10/2015) |

| 09/10/2015 | 2 | Minute Entry for proceedings held before Magistrate Judge David A. Baker: Initial Appearance as to George Brooks held on 9/10/2015. (digital) (HSL) [6:15-mj-01493-DAB] (Entered: 09/10/2015) |
|---|---|---|
| 09/10/2015 | 3 | ***CJA 23 Financial Affidavit by George Brooks (HSL) [6:15-mj-01493-DAB] (Entered: 09/10/2015) |
| 09/10/2015 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to George Brooks. Signed by Magistrate Judge David A. Baker on 9/10/2015. Copies emailed.(HSL)** [6:15-mj-01493-DAB] (Entered: 09/10/2015) |
| 09/10/2015 | 5 | WAIVER of Preliminary Hearing by George Brooks (HSL) [6:15-mj-01493-DAB] (Entered: 09/10/2015) |
| 09/10/2015 | 6 | **ORDER OF DETENTION PENDING TRIAL without prejudice as to George Brooks. Signed by Magistrate Judge David A. Baker on 9/10/2015. Copies emailed.(HSL)** [6:15-mj-01493-DAB] (Entered: 09/10/2015) |
| 09/14/2015 | 7 | NOTICE OF ATTORNEY APPEARANCE Ilianys Rivera Miranda appearing for USA. (Miranda, Ilianys) [6:15-mj-01493-DAB] (Entered: 09/14/2015) |
| 09/14/2015 | 8 | NOTICE OF ATTORNEY APPEARANCE: James T. Skuthan appearing for George Brooks *and Substitution of Counsel* (Skuthan, James) [6:15-mj-01493-DAB] (Entered: 09/14/2015) |
| 10/01/2015 | 9 | INDICTMENT returned in open court as to George Adrien Brooks (1) Count 1. (GJS) (Entered: 10/01/2015) |
| 10/01/2015 | 10 | NOTICE OF HEARING as to George Adrien Brooks: re: 9 Indictment. Arraignment set for 10/6/2015 at 10:00 AM in Orlando Courtroom 4 C before Magistrate Judge Thomas B. Smith. ctp.(PML) (Entered: 10/01/2015) |
| 10/06/2015 | 11 | Minute Entry for proceedings held before Magistrate Judge Thomas B. Smith: ARRAIGNMENT as to George Adrien Brooks; Count 1 held on 10/6/2015; Defendant pled not guilty. (Digital) (PML) (Entered: 10/06/2015) |
| 10/06/2015 | 12 | **SCHEDULING ORDER as to George Adrien Brooks; Status Conference set for 11/19/2015 at 9:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza, Jury Trial set for 12/1/2015 at 9:00 AM before Judge Carlos E. Mendoza. Signed by Magistrate Judge Thomas B. Smith on 10/6/2015. ctp.(PML)** (Entered: 10/06/2015) |
| 10/07/2015 | 13 | NOTICE OF ATTORNEY APPEARANCE Ilianys Rivera Miranda appearing for USA. (Miranda, Ilianys) (Entered: 10/07/2015) |
| 10/07/2015 | 14 | NOTICE of possible conflict of interest by USA as to George Adrien Brooks No conflict of interest. (Miranda, Ilianys) (Entered: 10/07/2015) |
| 10/07/2015 | 15 | NOTICE of pendency of related cases re order of compliance to Local Rule as to George Adrien Brooks by USA. Related case(s): yes (Miranda, Ilianys) (Entered: 10/07/2015) |

| 10/07/2015 | 16 | NOTICE of estimated length of trial by USA. Estimated trial length: three days. (Miranda, Ilianys) (Entered: 10/07/2015) |
|---|---|---|
| 10/07/2015 | 17 | CERTIFICATE of interested persons and corporate disclosure statement by USA (Miranda, Ilianys) (Entered: 10/07/2015) |
| 10/27/2015 | 18 | MOTION to extend time until 11/6/15 to File Pretrial Motions by George Adrien Brooks. (Scott, Alisha) Modified on 10/28/2015 (EJS). (Entered: 10/27/2015) |
| 10/29/2015 | 19 | Unopposed MOTION to continue trial by George Adrien Brooks. (Scott, Alisha) (Entered: 10/29/2015) |
| 10/30/2015 | 20 | WAIVER of speedy trial through February 29, 2016 by George Adrien Brooks (Scott, Alisha) (Entered: 10/30/2015) |
| 11/17/2015 | 21 | MOTION to Schedule Detention Hearing by George Adrien Brooks. (Scott, Alisha) Modified on 11/17/2015 (EJS). (Entered: 11/17/2015) |
| 11/18/2015 | 22 | NOTICE OF HEARING as to George Adrien Brooks: re: 21 MOTION to Schedule Detention Hearing . Detention Hearing set for 11/23/2015 at 11:00 AM in Orlando Courtroom 4 C before Magistrate Judge Thomas B. Smith. ctp.(PML) (Entered: 11/18/2015) |
| 11/18/2015 | 23 | **ORDER granting 21 Motion to schedule detention hearing as to George Adrien Brooks (1). Signed by Magistrate Judge Thomas B. Smith on 11/18/2015. (Smith, Thomas)** (Entered: 11/18/2015) |
| 11/19/2015 | 24 | NOTICE OF RESCHEDULING HEARING: The Detention hearing previously scheduled for 11/23/15 is rescheduled as to George Adrien Brooks. New hearing date and time: 12/1/2015 at 11:00 AM in Orlando Courtroom 4 C before Magistrate Judge Thomas B. Smith. ctp.(PML) (Entered: 11/19/2015) |
| 11/19/2015 | 25 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: CRIMINAL STATUS Conference as to George Adrien Brooks held on 11/19/2015. Granting 19 Motion to continue trial as to George Adrien Brooks. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 11/19/15 until the end of the February 2016 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial reset for the trial term commencing 2/1/2016 in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Status Conference set for 1/21/2016 at 09:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza; Court Reporter: Diane Peede. Rendered in Open Court by Judge Carlos E. Mendoza on 11/19/15. (DJD) (Entered: 11/20/2015) |
| 12/01/2015 | 26 | Minute Entry for proceedings held before Magistrate Judge Thomas B. Smith: Detention Hearing as to George Adrien Brooks held on 12/1/2015. (digital) (KKA) (Entered: 12/01/2015) |
| 12/01/2015 | 27 | **ORDER OF DETENTION PENDING TRIAL as to George Adrien Brooks. Signed by Magistrate Judge Thomas B. Smith on 12/1/2015. ctp (KKA)** (Entered: |

| | | |
|---|---|---|
| | | 12/01/2015) |
| 12/01/2015 | 28 | EXHIBIT LIST by Defendant George Adrien Brooks. (KKA) (Entered: 12/01/2015) |
| 01/04/2016 | 29 | MOTION in Limine by George Adrien Brooks. (Scott, Alisha) (Entered: 01/04/2016) |
| 01/15/2016 | 30 | RESPONSE in Opposition by USA as to George Adrien Brooks re 29 MOTION in Limine (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Miranda, Ilianys) (Entered: 01/15/2016) |
| 01/15/2016 | 31 | NOTICE *of Filing* by USA as to George Adrien Brooks (Miranda, Ilianys) (Entered: 01/15/2016) |
| 01/19/2016 | 32 | Joint MOTION for Date Certain by United States of America, George Adrien Brooks. (Scott, Alisha) Modified on 1/20/2016 (EJS). (Entered: 01/19/2016) |
| 01/19/2016 | 33 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The Criminal Status Conference previously scheduled for January 21, 2016 is rescheduled as to George Adrien Brooks. New hearing time: Status Conference set for 1/21/2016 at 10:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. CTP(DJD) (Entered: 01/19/2016) |
| 01/21/2016 | 34 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: CRIMINAL STATUS Conference as to George Adrien Brooks held on 1/21/2016. Court sets trial for date certain on Thursday, February 25, 2016 - Monday, February 29, 2016 estimated at 3 days. Court schedules oral argument on Defendant's Motion in Limine at 9:00 a.m. on Tuesday, February 9, 2016. Court Reporter: Diane Peede (DJD) (Entered: 01/21/2016) |
| 01/21/2016 | 35 | NOTICE OF HEARING as to George Adrien Brooks: Jury Trial set for date certain on 2/25/2016 at 08:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) (Entered: 01/21/2016) |
| 01/21/2016 | 36 | NOTICE OF HEARING ON MOTION in case as to George Adrien Brooks: 29 MOTION in Limine - Motion Hearing set for 2/9/2016 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Defendant's Presence is Required. CTP(DJD) (Entered: 01/21/2016) |
| 02/08/2016 | 37 | Jointly Proposed Jury Instructions by USA as to George Adrien Brooks (Miranda, Ilianys) Modified on 2/9/2016 (LMM). (Entered: 02/08/2016) |
| 02/08/2016 | 38 | PROPOSED verdict form filed by USA as to George Adrien Brooks (Miranda, Ilianys) (Entered: 02/08/2016) |
| 02/09/2016 | 39 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: Motion Hearing as to George Adrien Brooks held on 2/9/2016 re 29 MOTION in Limine filed by George Adrien Brooks. Parties argue motion to the Court - Court takes motion under advisement - written order to be issued. Court Reporter: Diane Peede (DJD) (Entered: 02/09/2016) |
| 02/09/2016 | 40 | Proposed Forfeiture Jury Instructions by USA as to George Adrien Brooks (Cream, Anita) Modified on 2/10/2016 (LMM). (Entered: 02/09/2016) |

| | | |
|---|---|---|
| 02/09/2016 | 41 | PROPOSED Special verdict form for Forfeiture filed by USA as to George Adrien Brooks (Cream, Anita) Modified on 2/10/2016 (LMM). (Entered: 02/09/2016) |
| 02/09/2016 | 42 | Memorandum of Law Regarding Forfeiture by USA as to George Adrien Brooks re 40 Proposed Jury Instructions, 41 Proposed verdict form filed. (Cream, Anita) Modified on 2/10/2016 (LMM). (Entered: 02/09/2016) |
| 02/09/2016 | 43 | NOTICE OF ATTORNEY APPEARANCE: Conrad Kahn appearing for George Adrien Brooks *As Co-Counsel* (Kahn, Conrad) (Entered: 02/09/2016) |
| 02/10/2016 | 44 | NOTICE OF HEARING as to George Adrien Brooks: Jury Trial set for date certain on 2/22/2016 at 08:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Telephone Conference set for 2/16/2016 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. CTP(DJD) (Entered: 02/10/2016) |
| 02/10/2016 | 45 | MOTION for miscellaneous relief, specifically Defendant's Motion for Attorney-Conducted Voir Dire by George Adrien Brooks. (Skuthan, James) (Entered: 02/10/2016) |
| 02/10/2016 | 46 | Jointly PROPOSED Voir Dire by USA as to George Adrien Brooks (Miranda, Ilianys) Modified on 2/11/2016 (LMM). (Entered: 02/10/2016) |
| 02/11/2016 | 47 | NOTICE OF HEARING ON MOTION in case as to George Adrien Brooks: 45 MOTION for miscellaneous relief, specifically Defendant's Motion for Attorney-Conducted Voir Dire . Telephonic Motion Hearing set for 2/16/2016 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) (Entered: 02/11/2016) |
| 02/11/2016 | 48 | RESPONSE in Opposition by USA as to George Adrien Brooks re 45 MOTION for miscellaneous relief, specifically Defendant's Motion for Attorney-Conducted Voir Dire (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Miranda, Ilianys) (Entered: 02/11/2016) |
| 02/12/2016 | 49 | MOTION to supplement RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE (Doc. 29) OR, IN THE ALTERNATIVE, MOTION IN LIMINE UNDER Fed. R. Evid. 414(a), BASED ON NEWLY DISCOVERED EVIDENCE by USA as to George Adrien Brooks. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Miranda, Ilianys) (Entered: 02/12/2016) |
| 02/16/2016 | 50 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: TELEPHONE Conference as to George Adrien Brooks held on 2/16/2016. Court Reporter: Diane Peede (DJD) (Entered: 02/16/2016) |
| 02/16/2016 | 51 | NOTICE OF HEARING ON MOTION in case as to George Adrien Brooks: 49 MOTION to supplement RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE (Doc. 29) OR, IN THE ALTERNATIVE, MOTION IN LIMINE UNDER Fed. R. Evid. 414(a), BASED ON NEWLY DISCOVERED EVIDENCE . Motion Hearing set for 2/19/2016 at 09:00 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. (DJD) (Entered: 02/16/2016) |
| 02/16/2016 | 52 | WITNESS LIST by USA as to George Adrien Brooks (Miranda, Ilianys) (Entered: 02/16/2016) |

| 02/17/2016 | 53 | RESPONSE 49 MOTION to supplement RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE (Doc. 29) OR, IN THE ALTERNATIVE, MOTION IN LIMINE UNDER Fed. R. Evid. 414(a), BASED ON NEWLY DISCOVERED EVIDENCE by George Adrien Brooks (Scott, Alisha) (Entered: 02/17/2016) |
| 02/17/2016 | 54 | MOTION *REQUESTING PRE-TRIAL ORDER FROM THE COURT* re 49 MOTION to supplement RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE (Doc. 29) OR, IN THE ALTERNATIVE, MOTION IN LIMINE UNDER Fed. R. Evid. 414(a), BASED ON NEWLY DISCOVERED EVIDENCE , 53 Response, 29 MOTION in Limine , 30 Response in Opposition by USA as to George Adrien Brooks. (Miranda, Ilianys) Modified on 2/18/2016 (LMM). (Entered: 02/17/2016) |
| 02/18/2016 | 55 | NOTICE *to Correct 54 Government's Motion Requesting Order Regarding Defendant's Motion in Limine* by USA as to George Adrien Brooks (Miranda, Ilianys) Modified on 2/19/2016 (LMM). (Entered: 02/18/2016) |
| 02/18/2016 | 56 | MOTION to allow electronic equipment, specifically Laptop Computer and Document Camera by USA as to George Adrien Brooks. (Miranda, Ilianys) (Entered: 02/18/2016) |
| 02/19/2016 | 57 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: Denying without prejudice 45 Motion to conduct attorney voir dire as to George Adrien Brooks; Granting 49 Motion to supplement as stated in open court as to George Adrien Brooks; Denying as moot 54 Motion requesting pre-trial order from the Court as to George Adrien Brooks; Granting 56 motion to allow electronic equipment as to George Adrien Brooks; Finding as moot 18 Motion to extend time as to George Adrien Brooks; Granting in part and denying in part 29 Motion in Limine as to George Adrien Brooks; Motion Hearing as to George Adrien Brooks held on 2/19/2016 - re 29 MOTION in Limine filed by George Adrien Brooks. Court Reporter: Diane Peede (DJD) (Entered: 02/22/2016) |
| 02/19/2016 | 58 | ORE TENUS MOTION to continue trial by George Adrien Brooks. (DJD) (Entered: 02/22/2016) |
| 02/19/2016 | 59 | **ORAL ORDER granting 58 Motion to continue trial as to George Adrien Brooks - After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record, the Court finds that the ends of justice served by granting such continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 2/19/16 until March 2, 2016 shall be "excludable time" pursuant to 18 U.S.C. § 3161(h). Jury Trial set for date certain on 3/2/2016 at 08:30 AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. Rendered in Open Court by Judge Carlos E. Mendoza on 2/19/2016. (DJD)** (Entered: 02/22/2016) |
| 02/19/2016 | 60 | EXHIBIT LIST by George Adrien Brooks. (DJD) (Entered: 02/22/2016) |
| 02/26/2016 | 62 | AMENDED WITNESS LIST by USA as to George Adrien Brooks (Miranda, Ilianys) Modified on 2/26/2016 (LMM). (Entered: 02/26/2016) |

| 02/26/2016 | | Sealed Document s-63. (MAA) (Entered: 02/26/2016) |
|---|---|---|
| 02/29/2016 | 64 | WITNESS LIST by George Adrien Brooks (Parrott, Angela) (Entered: 02/29/2016) |
| 03/02/2016 | 65 | Supplemental Proposed Jury Instructions re: 37 Proposed Jury Instructions by George Adrien Brooks (Scott, Alisha) Modified on 3/3/2016 (LMM). (Entered: 03/02/2016) |
| 03/02/2016 | 66 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY ONE) as to George Adrien Brooks held on 3/2/2016. Jury selected and sworn; Court's Preliminary Instructions to the jury; Opening statements by the parties. Government's witness: Rodney James Hyre. Court to reconvene at 8:30 a.m. on Thursday, March 3, 2016. Court Reporter: Diane Peede (DJD) (Entered: 03/03/2016) |
| 03/02/2016 | 67 | OBJECTION to Rule 414 Evidence as to George Adrien Brooks filed in open court. (DJD) (Entered: 03/03/2016) |
| 03/02/2016 | 68 | SUPPLEMENTAL MEMORANDUM in support re 67 Objection to Rule 414 evidence by George Adrien Brooks filed in open court. (DJD) (Entered: 03/03/2016) |
| 03/03/2016 | 69 | MOTION for Judgment of Acquittal by George Adrien Brooks filed in open court. (DJD) (Entered: 03/04/2016) |
| 03/03/2016 | 70 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: Continued testimony of Government witness Rodney James Hyre; Government witnesses: Scott Spruill, Debra Diane Healy and John Gopoian - Government rests; Defendant rests. Denying 69 Motion for Acquittal as to George Adrien Brooks; JURY TRIAL (DAY TWO) as to George Adrien Brooks held on 3/3/2016. Court Reporter: Diane Peede (DJD) (Entered: 03/04/2016) |
| 03/03/2016 | 71 | ORE TENUS MOTION for Declaration of Mistrial by George Adrien Brooks. (DJD) (Entered: 03/04/2016) |
| 03/03/2016 | 72 | **ORAL ORDER denying 71 Motion for Declaration of Mistrial as to George Adrien Brooks. Rendered in Open Court by Judge Carlos E. Mendoza on 3/3/2016. (DJD)** (Entered: 03/04/2016) |
| 03/03/2016 | 73 | RENEWED ORE TENUS MOTION in Limine by USA as to George Adrien Brooks. (DJD) (Entered: 03/04/2016) |
| 03/03/2016 | 74 | **ORAL ORDER denying 73 Renewed Ore Tenus Motion in Limine as to George Adrien Brooks. Rendered in Open Court by Judge Carlos E. Mendoza on 3/3/2016. (DJD)** (Entered: 03/04/2016) |
| 03/03/2016 | 75 | ORE TENUS MOTION to Strike testimony of John Gopoian by George Adrien Brooks. (DJD) (Entered: 03/04/2016) |
| 03/03/2016 | 76 | **ORAL ORDER denying 75 Motion to Strike testimony of John Gopoian as to George Adrien Brooks. Rendered in Open Court by Judge Carlos E. Mendoza on 3/3/2016. (DJD)** (Entered: 03/04/2016) |
| 03/04/2016 | 77 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: JURY TRIAL (DAY THREE) as to George Adrien Brooks held on 3/4/2016. Court's Instructions to the Jury; Closing Statements by the parties. Jury reaches verdict of Guilty as to Count |

| | | |
|---|---|---|
| | | One of the Indictment. Court Reporter: Diane Peede (DJD) (Entered: 03/04/2016) |
| 03/04/2016 | 78 | COURT'S JURY INSTRUCTIONS as to George Adrien Brooks. (DJD) (Entered: 03/04/2016) |
| 03/04/2016 | 79 | JURY VERDICT as to George Adrien Brooks - Guilty on Count 1. (DJD) (Entered: 03/04/2016) |
| 03/04/2016 | 80 | JOINT STIPULATION regarding Forfeiture by USA, George Adrien Brooks as to George Adrien Brooks filed in open court. (DJD) Modified on 3/14/2016 (AKJ). (Entered: 03/04/2016) |
| 03/04/2016 | 81 | NOTICE OF HEARING as to George Adrien Brooks: Sentencing set for 5/26/2016 at 09:00AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. All Objections to the Pre-Sentence Report or Motions pertaining thereto shall be in writing and filed no later than May 19, 2016. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 15 minutes. CTP(DJD) (Entered: 03/04/2016) |
| 03/04/2016 | 82 | EXHIBIT LIST by USA as to George Adrien Brooks. (DJD) (Entered: 03/04/2016) |
| 03/04/2016 | 83 | EXHIBIT LIST by George Adrien Brooks. (DJD) (Entered: 03/04/2016) |
| 03/04/2016 | 84 | **ORDER adjudicating Defendant guilty as to George Adrien Brooks. Signed by Judge Carlos E. Mendoza on 3/4/2016. (MDS)** (Entered: 03/04/2016) |
| 03/04/2016 | 85 | REDACTED INDICTMENT for use by jury at trial by USA as to George Adrien Brooks. (DJD) (Entered: 03/07/2016) |
| 03/10/2016 | 86 | Renewed MOTION for Judgment of Acquittal by George Adrien Brooks (unsigned). (Scott, Alisha) Modified on 3/11/2016 (LMM). (Entered: 03/10/2016) |
| 03/10/2016 | 87 | Corrected Renewed MOTION for Judgment of Acquittal by George Adrien Brooks. (Scott, Alisha) Modified on 3/11/2016 (LMM). (Entered: 03/10/2016) |
| 03/10/2016 | 88 | Unopposed MOTION for Entry of preliminary order of forfeiture by USA as to George Adrien Brooks. (Cream, Anita) Modified on 3/11/2016 (LMM). (Entered: 03/10/2016) |
| 03/14/2016 | 89 | **PRELIMINARY ORDER OF FORFEITURE - ORDER granting 88 Motion for Forfeiture of Property as to George Adrien Brooks. Signed by Judge Carlos E. Mendoza on 3/14/2016. (DJD)** (Entered: 03/14/2016) |
| 03/23/2016 | 90 | RESPONSE in Opposition by USA as to George Adrien Brooks re 69 MOTION for Judgment of Acquittal, 87 Corrected Renewed MOTION for Judgment of Acquittal (Miranda, Ilianys) (Entered: 03/23/2016) |
| 03/24/2016 | 91 | **ORDER denying as moot 86 Corrected Renewed Motion for Acquittal as to George Adrien Brooks; Denying 87 Renewed Motion for Acquittal as to George Adrien Brooks. Signed by Judge Carlos E. Mendoza on 3/24/2016. (DJD)** (Entered: 03/24/2016) |
| 04/06/2016 | 92 | TRANSCRIPT of an excerpt (testimony of Rodney Hyre) of the jury trial (day one) as to George Adrien Brooks held on 3/2/16 before Judge Carlos E. Mendoza. Court |

| | | |
|---|---|---|
| | | Reporter/Transcriber Diane Peede, FlaDiane@att.net, telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/27/2016, Redacted Transcript Deadline set for 5/9/2016, Release of Transcript Restriction set for 7/5/2016. (DP) (Entered: 04/06/2016) |
| 04/06/2016 | 93 | TRANSCRIPT of an excerpt (testimony of Rodney Hyre) of the jury trial (day two) as to George Adrien Brooks held on 3/3/16 before Judge Carlos E. Mendoza. Court Reporter/Transcriber Diane Peede, FlaDiane@att.net, Telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 4/27/2016, Redacted Transcript Deadline set for 5/9/2016, Release of Transcript Restriction set for 7/5/2016. (DP) (Entered: 04/06/2016) |
| 04/06/2016 | 94 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPTS (Doc. Nos. 92 & 93). The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to George Adrien Brooks. Court Reporter: Diane Peede (DP) (Entered: 04/06/2016) |
| 04/20/2016 | 95 | PROOF OF PUBLICATION as to George Adrien Brooks newspaper: an official government internet site (www.forfeiture.gov) dates of publication: for at least 30 consecutive days, beginning on March 21, 2016 and ending on April 19, 2016. (Attachments: # 1 Attachment 1)(Cream, Anita) (Entered: 04/20/2016) |
| 05/04/2016 | 97 | TRANSCRIPT of the jury trial, Vol. I (day one, morning session), as to George Adrien Brooks held on 3/2/16 before Judge Carlos E. Mendoza. Court Reporter/Transcriber Diane Peede, FlaDiane@att.net, Telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/25/2016, Redacted Transcript Deadline set for 6/6/2016, Release of Transcript Restriction set for 8/2/2016. (DP) (Entered: 05/04/2016) |
| 05/04/2016 | 98 | TRANSCRIPT of the jury trial, Vol. II (day one, afternoon session), as to George Adrien Brooks held on 3/2/16 before Judge Carlos E. Mendoza. Court Reporter/Transcriber Diane Peede, FlaDiane@att.net, Telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/25/2016, Redacted Transcript Deadline set for 6/6/2016, Release of Transcript Restriction set for 8/2/2016. (DP) (Entered: |

| | | |
|---|---|---|
| | | 05/04/2016) |
| 05/04/2016 | 99 | TRANSCRIPT of the jury trial, Vol. III (day two), as to George Adrien Brooks held on 3/3/16 before Judge Carlos E. Mendoza. Court Reporter/Transcriber Diane Peede, FlaDiane@att.net, Telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/25/2016, Redacted Transcript Deadline set for 6/6/2016, Release of Transcript Restriction set for 8/2/2016. (DP) (Entered: 05/04/2016) |
| 05/04/2016 | 100 | TRANSCRIPT of the jury trial, Vol. IV (day three) as to George Adrien Brooks held on 3/4/16 before Judge Carlos E. Mendoza. Court Reporter/Transcriber Diane Peede, FlaDiane@att.net, Telephone number 407-615-0305. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/25/2016, Redacted Transcript Deadline set for 6/6/2016, Release of Transcript Restriction set for 8/2/2016. (DP) (Entered: 05/04/2016) |
| 05/04/2016 | 101 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPTS (Doc. Nos. 97 - 100). The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal as to George Adrien Brooks. Court Reporter: Diane Peede (DP) (Entered: 05/04/2016) |
| 05/11/2016 | 102 | Unopposed MOTION to Continue Sentencing Hearing *until the week of June 20, 2016* by George Adrien Brooks. (Skuthan, James) (Entered: 05/11/2016) |
| 05/12/2016 | 103 | **ENDORSED ORDER granting 102 Motion to Continue sentencing as to George Adrien Brooks. The Court will reschedule the sentencing by separate notice. Signed by Judge Carlos E. Mendoza on 5/12/2016. CTP(DJD)** (Entered: 05/12/2016) |
| 05/12/2016 | 104 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for May 26, 2016 is rescheduled as to George Adrien Brooks. New hearing date and time:Sentencing set for 6/23/2016 at 10:00AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. All Objections to the Pre-Sentence Report or Motions pertaining thereto shall be in writing and filed no later than June 16, 2016. Counsel is to notify the Courtroom Deputy Clerk as soon as possible if they believe the sentencing will be longer than 15 minutes. CTP(DJD) (Entered: 05/12/2016) |
| 05/27/2016 | 105 | MOTION for final judgment of forfeiture by USA as to George Adrien Brooks. (Cream, Anita) Modified on 5/31/2016 (JET). (Entered: 05/27/2016) |
| 05/27/2016 | 106 | **FINAL JUDGMENT OF FORFEITURE - ORDER granting 105 Motion for Forfeiture of Property as to George Adrien Brooks. Signed by Judge Carlos E. Mendoza on 5/27/2016. (DJD)** (Entered: 05/27/2016) |

| 06/03/2016 | 107 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for June 23, 2016 is rescheduled as to George Adrien Brooks. New hearing date and time:Sentencing set for 6/28/2016 at 10:30AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. CTP(DJD) (Entered: 06/03/2016) |
|---|---|---|
| 06/07/2016 | 108 | Joint MOTION to Expedite *Sentencing Hearing* by George Adrien Brooks and USA. (Skuthan, James) Motions referred to Magistrate Judge Thomas B. Smith. Modified on 6/8/2016 (JET). (Entered: 06/07/2016) |
| 06/08/2016 | 109 | **ENDORSED ORDER granting 108 Motion to Expedite sentencing as to George Adrien Brooks. The Court will reschedule the sentencing by separate notice. Signed by Judge Carlos E. Mendoza on 6/8/2016. (DJD)** (Entered: 06/08/2016) |
| 06/08/2016 | 110 | NOTICE OF RESCHEDULING HEARING: The Sentencing hearing previously scheduled for June 28, 2016 is rescheduled as to George Adrien Brooks. New hearing date and time:Sentencing set for 6/27/2016 at 09:30AM in Orlando Courtroom 5 B before Judge Carlos E. Mendoza. CTP(DJD) (Entered: 06/08/2016) |
| 06/16/2016 | 113 | SENTENCING MEMORANDUM by USA as to George Adrien Brooks (Attachments: # 1 Exhibit A)(Miranda, Ilianys) (Entered: 06/16/2016) |
| 06/20/2016 | 114 | SENTENCING MEMORANDUM by George Adrien Brooks (Attachments: # 1 Exhibit Letter from Christopher Clark, # 2 Exhibit Letter from Rise Wheeler, # 3 Exhibit Letter from Mike Goodenow)(Skuthan, James) (Entered: 06/20/2016) |
| 06/24/2016 | 115 | RESPONSE in Opposition re 114 Sentencing Memorandum by USA as to George Adrien Brooks (Attachments: # 1 Exhibit 1)(Miranda, Ilianys) Modified on 6/27/2016 (JET). (Entered: 06/24/2016) |
| 06/27/2016 | 116 | Minute Entry for proceedings held before Judge Carlos E. Mendoza: SENTENCING held on 6/27/2016 for George Adrien Brooks on Count 1 - Imprisonment: 216 months; Court recommends deft. be incarcerated at FMC, Butner, NC; Deft. is remanded to the custody of the U.S. Marshal. Supervised release: 9 years; Mandatory drug testing requirements are waived; Special conditions of supervised release: Deft. shall be prohibited from incurring new credit charges, opening additional lines of credit; Deft. shall cooperate in the collection of DNA. Sex offender conditions: Deft. shall participate in a mental health treatment program specialized for sex offenders; Deft. shall have no contact with minor children; Media and computer restrictions imposed; Deft. shall register with all sex offender registries as required by law; Search conditions imposed. Special assessment: $100.00. Forfeiture pursuant to the Final Judgment of Forfeiture. Court Reporter: Diane Peede (DJD) (Entered: 06/27/2016) |
| 06/27/2016 | 117 | SENTENCING EXHIBIT LIST by George Adrien Brooks. (DJD) (Entered: 06/29/2016) |
| 06/30/2016 | 118 | **JUDGMENT as to George Adrien Brooks (1), Count(s) 1, Imprisonment: 216 months; Court recommends deft. be incarcerated at FMC, Butner, NC; Deft. is remanded to the custody of the U.S. Marshal. Supervised release: 9 years; Mandatory drug testing requirements are waived; Special conditions of supervised release: Deft. shall be prohibited from incurring new credit charges, opening additional lines of credit; Deft. shall cooperate in the collection of DNA.** |

| | | |
|---|---|---|
| | | **Sex offender conditions: Deft. shall participate in a mental health treatment program specialized for sex offenders; Deft. shall have no contact with minor children; Media and computer restrictions imposed; Deft. shall register with all sex offender registries as required by law; Search conditions imposed. Special assessment: $100.00. Forfeiture pursuant to the Final Judgment of Forfeiture Signed by Judge Carlos E. Mendoza on 6/29/2016. (VMF) (ctp)** (Entered: 06/30/2016) |
| 07/13/2016 | 120 | NOTICE OF APPEAL by George Adrien Brooks re 118 Judgment Filing fee not paid. (Skuthan, James) (Entered: 07/13/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/14/2016 09:14:42 | | | |
| **PACER Login:** | ux4656:4033087:3956495 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:15-cr-00219-CEM-TBS |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**vs**

**GEORGE ADRIEN BROOKS**

**Case Number: 6:15-cr-219-Orl-41TBS**

**USM Number: 63200-018**

**James T. Skuthan, FPD**
**Suite 300**
**201 S. Orange Ave**
**Orlando, FL 32801**

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty to Count One of the Indictment. Accordingly, the Court has adjudicated the defendant guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2422(b) | Attempted Persuasion, Inducement and Enticement of a Minor to Engage in Sexual Activity | September 10, 2015 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

June 27, 2016

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

June 29, 2016

George Adrien Brooks
6:15-cr-219-Orl-41TBS

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 216 Months.

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FMC, Butner, North Carolina for medical and psychological treatment

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

AO 245B (Rev. 4/09) Judgment in a Criminal Case

**George Adrien Brooks**
**6:15-cr-219-Orl-41TBS**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 9 years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.    The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.    The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3.    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4.    The defendant shall support his or her dependents and meet other family responsibilities;

5.    The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6.    The defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7.    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8.    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9.    The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

AO 245B (Rev. 4/09) Judgment in a Criminal Case

George Adrien Brooks
6:15-cr-219-Orl-41TBS

10.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11.  The defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12.  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13.  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

1.  The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the probation officer. The defendant shall provide the probation officer access to any requested financial information.

2.  The defendant shall participate in a mental health program specializing in sex offender treatment and submit to polygraph testing for treatment and monitoring purposes. The defendant shall follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

3.  The defendant shall register with the state sexual offender registration agency(s) in any state where he or she resides, visits, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide state officials with all information required under Florida sexual predator and sexual offender notification and registration statutes (F.S.943.0435) and/or the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006, Public Law 109-248), and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

4.  The defendant shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate, including: schools, daycare centers, theme parks, playgrounds, etc.

5.  The defendant is prohibited from possessing, subscribing to, or viewing, any video, magazine, or literature depicting children in the nude and/or in sexually explicit positions.

6.  Without prior written approval of the probation officer, you are prohibited from either possessing or using a computer (including a smart phone, a hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider. This prohibition includes a computer at a public library, an internet cafe, your place of employment, or an educational facility. Also, you are prohibited from possessing an electronic data storage medium (including a flash drive, a compact disk, and a floppy disk) or using any data encryption technique or program. If approved to possess or use a device, you must permit routine inspection of the device, including the hard drive and any other electronic data storage medium, to confirm adherence to this condition. The United States Probation Office must conduct the inspection in a manner no more intrusive than necessary to ensure compliance with this condition. If this condition might affect a third party, including your employer, you must inform the third party of this restriction, including the computer inspection provision.

7.  The defendant shall submit to a search of his or her person, residence, place of business, any storage units under the defendant's control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable

**George Adrien Brooks**
6:15-cr-219-Orl-41TBS

time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

8.    The defendant shall cooperate in the collection of DNA, as directed by the probation officer.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

| Total Assessment | Total Fine | Total Restitution |
|---|---|---|
| $100.00 | $0.00 | $0.00 |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

The Special Assessment in the amount of **$100.00** is due in full and immediately.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

## FORFEITURE

Defendant shall forfeit to the United States those assets previously identified in the Final Judgment of Forfeiture, that are subject to forfeiture.

The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 4/09) Judgment in a Criminal Case